CO-386-online
10/03

# United States District Court
# For the District of Columbia

RECENT PAST PRESERVATION NETWORK; DION )
NEUTRA; and CHRISTINE MADRID FRENCH,   )
                                        )
                                        )
                         Plaintiff      )   Civil Action No._____
           VS                           )
                                        )
JOHN LATSCHAR; DENNIS REIDENBACH; MARIE BOMAR; )
DIRK KEMPTHORNE; THE NATIONAL PARK SERVICE; and )
THE UNITED STATES DEPARTMENT OF THE INTERIOR, )
                                        )
                         Defendant      )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Recent Past Preservation Network  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Recent Past Preservation Network  which have any outstanding securities in the hands of the public:

(None)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

USDC-DC Bar # 968289
BAR IDENTIFICATION NO.

Nicholas C. Yost
Print Name

525 Market Street, 26th Floor
Address

San Francisco, CA  94105-2708
City            State        Zip Code

(415) 882-2440
Phone Number