U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Recent Past Preservation Network, et al.

vs.

John Latschar in his official capacity as Superintendent of Gettysburg National Military Park, et al.

No. 1:06CV02077 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Certificate Rule LCvR 7.1 and Civil Cover Sheet in the above entitled case, hereby depose and say:

   That my date of birth / age is 11-26-1971.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 10:40 am on December 6, 2006, I served Marie Bomar, Director of the National Park Service at 1849 C Street, NW, Washington, DC 20240 by serving Robin Friedman, Senior Attorney, authorized to accept. Described herein:

   SEX-    MALE
   AGE-    55
   HEIGHT- 5'2"
   HAIR-   BLACK/GRAY/BALDING
   WEIGHT- 150
   RACE-   WHITE

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12-7-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180705

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECENT PAST PRESERVATION NETWORK, a
Virginia non-profit corporation, DION NEUTRA,
and CHRISTINE MADRID FRENCH,
        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

JOHN LATSCHAR in his official capacity as
SUPERINTENDENT OF GETTYSBURG NATIONAL
MILITARY PARK, DENNIS REIDENBACH in his official
capacity as ACTING DIRECTOR, NORTHEAST REGION OF
THE NATIONAL PARK SERVICE, MARIE BOMAR in her
official capacity as DIRECTOR OF THE NATIONAL PARK
SERVICE, DIRK KEMPTHORNE in his official capacity as
SECRETARY OF THE UNITED STATES DEPARTMENT OF
THE INTERIOR, THE NATIONAL PARK SERVICE, and THE
UNITED STATES DEPARTMENT OF THE INTERIOR,
        Defendants.

CASE NUMBER   1:06CV02077

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/05/2006

TO: (Name and address of Defendant)

Marie Bomar
Director of the National Park Service
1849 C Street, NW
Washington, DC  20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas C. Yost
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA  94105

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     DEC - 5 2006

CLERK                                               DATE

_Janetta Stewart-Cureton_

(By) DEPUTY CLERK