U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Recent Past Preservation Network, et al.

vs.

John Latschar in his official capacity as Superintendent of
Gettysburg National Military Park, et al.

### No. 1:06CV02077 RWR

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons; Complaint for Declaratory and Injunctive
Relief; Notice of Right to Consent to Trial Before a United States
Magistrate Judge; Initial Electronic Case Filing Order; Certificate
Rule LCvR 7.1 and Civil Cover Sheet in the above entitled case,
hereby depose and say:

   That my date of birth / age is 11-26-1971.

   That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 10:30 am on December 6, 2006, I served Alberto Gonzales,
Attorney General of the United States of America at 950 Pennsylvania
Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom
Clerk, authorized to accept.  Described herein:

```
    SEX-    FEMALE
    AGE-    50
 HEIGHT-    5'5"
   HAIR-    BROWN
 WEIGHT-    150
   RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __12-7-06__
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180709

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECENT PAST PRESERVATION NETWORK, a
Virginia non-profit corporation, DION NEUTRA,
and CHRISTINE MADRID FRENCH,
     Plaintiffs,

V.

JOHN LATSCHAR in his official capacity as
SUPERINTENDENT OF GETTYSBURG NATIONAL
MILITARY PARK, DENNIS REIDENBACH in his official
capacity as ACTING DIRECTOR, NORTHEAST REGION OF
THE NATIONAL PARK SERVICE, MARIE BOMAR in her
official capacity as DIRECTOR OF THE NATIONAL PARK
SERVICE, DIRK KEMPTHORNE in his official capacity as
SECRETARY OF THE UNITED STATES DEPARTMENT OF
THE INTERIOR, THE NATIONAL PARK SERVICE, and THE
UNITED STATES DEPARTMENT OF THE INTERIOR,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02077

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/05/2006

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States of America
950 Pennsylvania Avenue, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas C. Yost
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA  94105

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
                                 **DEC - 5 2006**

CLERK
                                     DATE

(By) DEPUTY CLERK