# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903, <br><br>   Plaintiffs, <br><br>  v. <br><br> JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, <br><br>   Defendants. | Case Number: 1:06-CV-02077-TFH <br> Judge: Thomas F. Hogan <br> Deck Type: Administrative Agency Review <br> Date Stamp: 12/05/2006 <br><br> NOTICE OF APPEARANCE |

  Ms. Caroline M. Blanco of the United States Department of Justice hereby enters a notice

---

[1]   Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

of appearance in this matter on behalf of all Federal Defendants, including the United States Department of the Interior; the National Park Service; Dirk Kempthorne, in his capacity as Secretary of the United States Department of the Interior; Mary Bomar, in her official capacity as National Park Service Director; Dennis Reidenbach, in his official capacity as Acting Director of the Northeast Region of the National Park Service; and John Latschar, in his official capacity as Superintendent of Gettysburg National Military Park.

All orders, pleadings, and correspondence to be served upon Federal Defendants should be addressed to:

> Regular Mail Address:
> CAROLINE M. BLANCO
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Phone: (202) 305-0248
> Fax:    (202) 305-0267
> E-mail: caroline.blanco@usdoj.gov

//

//

//

//

//

//

//

//

         <u>Overnight Mail Address:</u>
         CAROLINE M. BLANCO
         Trial Attorney
         United States Department of Justice
         Environment and Natural Resources Division
         Natural Resources Section
         601 D Street, N.W.
         Room 3140
         Washington, D.C. 20004

            Respectfully submitted,


February 05, 2007        /s/CAROLINE M. BLANCO
               CAROLINE M. BLANCO
               (DC Bar No. 430118)
               United States Department of Justice
               Environment and Natural Resources  Division
               Natural Resources Section
               P.O. Box 663
               Washington, D.C.  20044-0663
               Phone:  (202) 305-0248
               Fax:     (202) 305-0267
               E-mail: caroline.blanco@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone:  (802) 872-0629
Fax:  (802) 872-9704