UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, et al.,  )<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>LATSCHAR, et al.,   )<br>)<br>Defendants.   )<br>) | Civ. No. 06-2077 (TFH)<br><br>Chief Judge Thomas F. Hogan<br><br>NOTICE OF MOTION AND MOTION TO RESCHEDULE CONFERENCE |

**TO EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY TO THIS ACTION**:

Plaintiffs Recent Past Preservation Network, et al. hereby move to reschedule the conference currently set for Friday, April 6, 2007 at 11:30 a.m. to Wednesday, May 9, 2007 at 10:00 a.m.

On March 2, 2007, the Court issued an Order requiring all parties to appear at a scheduling conference on Friday, April 6, 2007. Counsel for Plaintiffs will be out of the country on that date. Counsel for Defendants is also unavailable.

Counsel for Plaintiffs has conferred with the United States Department of Justice (counsel for all federal defendants) regarding the possibility of rescheduling the conference. All parties have agreed on the alternate date of May 9, 2007. It appears that the Court is available for a scheduling conference at 10:00 a.m. that day.

- 2 -

Accordingly, Plaintiffs Recent Past Preservation Network, et al. respectfully request that the scheduling conference currently scheduled for Friday, April 6, 2007 at 11:30 a.m. be moved to Wednesday, May 9, 2007 at 10:00 a.m.

Respectfully submitted,

_____
Nicholas C. Yost (USDC-DC Bar No. 968289)
Matthew G. Adams (CA Bar No. 229021)
SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Plaintiffs
525 Market Street
26th Floor
San Francisco, CA  94105-2708
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300