UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RECENT PAST PRESERVATION NETWORK, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 06-2077 (TFH) |
| v. | ) ) | Chief Judge Thomas F. Hogan |
| LATSCHAR, et al., | ) ) ) | [Proposed] ORDER RESCHEDULING CONFERENCE |
| Defendants. | ) ) | |

The scheduling conference currently set for Friday, April 6, 2007 at 11:30 a.m. in Courtroom 25A is hereby moved to Wednesday, May 9, 2007 at 10:00 a.m. in Courtroom 25A.

**SO ORDERED**

_____          _____
Date                             Thomas F. Hogan, Chief Judge