UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION ) <br> NETWORK, a Virginia non-profit corporation, ) <br> P.O. Box 100505, Arlington, VA 22210; ) <br> DION NEUTRA, 2440 Neutra Place, Los ) <br> Angeles, CA 90039; and CHRISTINE ) <br> MADRID FRENCH, 2422 Willard Drive, ) <br> Charlottesville, VA 22903, ) <br> ) <br>           **Plaintiffs,** ) <br> ) <br>          v. ) <br> ) <br> JOHN LATSCHAR, in his official capacity as ) <br> SUPERINTENDENT OF GETTYSBURG ) <br> NATIONAL MILITARY PARK, 97 ) <br> Taneytown Rd., Gettysburg, PA 17325 ) <br> DENNIS REIDENBACH, in his official ) <br> capacity as ACTING DIRECTOR, ) <br> NORTHEAST REGION OF THE ) <br> NATIONAL PARK SERVICE, 200 Chestnut ) <br> Street, Philadelphia, PA 19106; MARY ) <br> BOMAR,[1] in her official capacity as ) <br> DIRECTOR OF THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> DC 20240; DIRK KEMPTHORNE, in his ) <br> official capacity as SECRETARY OF THE ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; and THE UNITED STATES ) <br> DEPARTMENT OF THE INTERIOR, 1849 C ) <br> Street, N.W., Washington, D.C. 20240, ) <br> ) <br>           **Defendants.** ) <br> _____) | Case Number: 1:06-CV-02077-TFH <br> Judge: Thomas F. Hogan <br> Deck Type: Administrative Agency <br>               Review <br> Date Stamp: 12/05/2006 <br> <br> JOINT REPORT |

Plaintiffs, RECENT PAST PRESERVATION NETWORK, a Virginia non-profit

---

[1]    Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

corporation, DION NEUTRA, and CHRISTINE MADRID FRENCH (collectively referred to herein as, "Plaintiffs"), and Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants") (both Plaintiffs and Federal Defendants are jointly referred to herein as the "Parties"), hereby submit the instant JOINT REPORT in response to the MINUTE ORDER entered by the Court on April 26, 2007. Specifically, the Parties submit the following:

    1.    The Parties agree that this matter should not be referred to a magistrate pursuant 28 U.S.C. § 636(c) and LCvR 73.1.

    2.    The Parties agree that this matter should not be referred to the Court's Mediation Program pursuant to LCvR 84, however, the Parties have begun to explore settlement opportunities and have agreed to meet on May 8, 2007, to further discuss potential settlement of this matter.

    3.    If settlement cannot be achieved, the Parties agree that this matter can be resolved through dispositive motions. Because the Parties understand that the Cyclorama Center, which is the subject of this litigation, is not scheduled to be removed or demolished during 2007, the Parties provide the following schedule for the filing of the Administrative Record and the

Parties' cross-motions for summary judgment for the Court's consideration:

    a.    On or before June 29, 2007, Federal Defendants shall file the Administrative Record;

    b.    On or before August 31, 2007, Plaintiffs shall file their motion for summary judgment and memorandum in support thereof;

    c.    On or before September 28, 2007, Federal Defendants shall file their cross-motion for summary judgment and one memorandum that is both in support of their cross-motion for summary judgment and in response to Plaintiffs' motion for summary judgment;

    d.    On or before October 26, 2007, Plaintiffs shall file one memorandum that both responds to Federal Defendants' cross-motion for summary judgment and replies to Federal Defendants' response to Plaintiffs' motion for summary judgment; and

    e.    On or before November 9, 2007, Federal Defendants shall file one memorandum that replies to Plaintiffs' response to Federal Defendants' cross-motion for summary judgment.

4.    Counsel for Plaintiffs has reviewed the instant JOINT MOTION and has authorized counsel for Federal Defendants to sign and file it on their behalf.

Respectfully submitted,

May 7, 2007

/s/CAROLINE M. BLANCO
CAROLINE M. BLANCO
(DC Bar No. 430118)
United States Department of Justice
Environment and Natural Resources  Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Phone:  (202) 305-0248
Fax:     (202) 305-0267
E-mail: caroline.blanco@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone:  (802) 872-0629
Fax:  (802) 872-9704                    Counsel for Federal Defendants




                                                /s/ NICHOLAS C. YOST (by Caroline M. Blanco)
NICHOLAS C. YOST
MATTHEW G. ADAMS
SONNENSCHEIN NATH & ROSENTHAL, LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Phone:  (415) 882-5000
Fax:     (415) 882-0300
E-mail:  nyost@sonnenschein.com

Counsel for Plaintiffs