UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECENT PAST PRESERVATION
NETWORK, *et al.*,

        Plaintiffs,

v.                              06-CV-02077 (TFH)

JOHN LATSCHAR, *et al.*,

        Defendants.

## SCHEDULING ORDER

Having carefully reviewed the Joint Report submitted by the parties in response to the Court's April 26, 2007, Order, and in accordance with the scheduling conference held in open court on May 9, 2007, it hereby is

**ORDERED** that this case shall proceed according to the following schedule except as otherwise ordered by the Court:

1. On or before June 29, 2007, the defendants shall file the Administrative Record;

2. On or before August 31, 2007, the plaintiffs shall file a motion for summary judgment and a memorandum of points and authorities in support thereof;

3. On or before September 28, 2007, the defendants shall file a cross-motion for summary judgment and one consolidated memorandum of points and authorities in support of the cross-motion for summary judgment and in opposition to the plaintiffs' motion for summary judgment;

4. On or before October 26, 2007, the plaintiffs shall file one consolidated memorandum of points and authorities in opposition to the defendants' cross-motion for summary judgment and in reply to the defendants' opposition to the plaintiffs' motion for summary judgment; and

5.  On or before November 9, 2007, the defendants shall file one memorandum of points and authorities that replies to the plaintiffs' opposition to the defendants' cross-motion for summary judgment.

Any requests to continue or reschedule a court-ordered due date shall be by motion filed with the Court after conferring with the opposing party.  In addition, it is

**ORDERED** that the parties shall appear for a status conference on July 30, 2007, at 10:00 a.m. in Courtroom 25A.  It further is

**ORDERED** that any pretrial conferences and a trial date will be scheduled after the resolution of any dispositive motions.

**SO ORDERED.**

May 10, 2007

> /s/
> Thomas F. Hogan
> United States District Judge