UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION ) <br> NETWORK, a Virginia non-profit corporation, ) <br> P.O. Box 100505, Arlington, VA 22210; ) <br> DION NEUTRA, 2440 Neutra Place, Los ) <br> Angeles, CA 90039; and CHRISTINE ) <br> MADRID FRENCH, 2422 Willard Drive, ) <br> Charlottesville, VA 22903, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> JOHN LATSCHAR, in his official capacity as ) <br> SUPERINTENDENT OF GETTYSBURG ) <br> NATIONAL MILITARY PARK, 97 ) <br> Taneytown Rd., Gettysburg, PA 17325 ) <br> DENNIS REIDENBACH, in his official ) <br> capacity as ACTING DIRECTOR, ) <br> NORTHEAST REGION OF THE ) <br> NATIONAL PARK SERVICE, 200 Chestnut ) <br> Street, Philadelphia, PA 19106; MARY ) <br> BOMAR,[1/] in her official capacity as ) <br> DIRECTOR OF THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> DC 20240; DIRK KEMPTHORNE, in his ) <br> official capacity as SECRETARY OF THE ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; and THE UNITED STATES ) <br> DEPARTMENT OF THE INTERIOR, 1849 C ) <br> Street, N.W., Washington, D.C. 20240, ) <br> ) <br>       Defendants. ) <br> _____) | Case Number: 1:06-CV-02077-TFH <br> Judge: Thomas F. Hogan <br> Deck Type: Administrative Agency <br>              Review <br> Date Stamp: 12/05/2006 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

[1/]    Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants"), hereby submit the instant UNOPPOSED MOTION FOR EXTENSION OF TIME to file the Administrative Record in this matter on or before July 16, 2007. In support thereof, Federal Defendants submit the following:

1. As previously agreed to between the Parties and then subsequently ordered by this Court, Federal Defendants are to file the Administrative Record in this matter on or before June 29, 2007;

2. Federal Defendants have prepared what they believe are the documents that constitute the Administrative Record in this matter and, on Friday, June 22, 2007, they provided counsel for Plaintiffs with a draft copy of the Index to the Administrative Record and the Index to an Addendum, which consists of additional documents that Federal Defendants do not believe are part of the official Administrative Record, but believe Plaintiffs wish to have included in Federal Defendants' filing of the Administrative Record;

3. Counsel for Plaintiffs promptly reviewed the two indices, and, on June 25, 2007, counsel for Plaintiffs sent a letter to counsel for Federal Defendants raising some issues concerning which documents should be included in the Administrative Record;

4. In the spirit of cooperation, the Parties wish to try to resolve their differences without the assistance of this Court and, accordingly, Federal Defendants now seek, unopposed, a ten business day extension of time in which to file the Administrative Record with this Court; and

5. Counsel for Federal Defendants has conferred with counsel for Plaintiffs concerning the instant Motion, and are advised that Plaintiffs do not oppose the request sought herein.

WHEREFORE, Federal Defendants hereby request that, based on the foregoing and for good cause shown, their Unopposed Motion for Extension of Time be granted and that they be given up to and including July 16, 2007, in which to file the Administrative Record in this matter.

Respectfully submitted,

June 29, 2007                          /s/CAROLINE M. BLANCO
                                       CAROLINE M. BLANCO
                                       (DC Bar No. 430118)
                                       United States Department of Justice
                                       Environment and Natural Resources Division
                                       Natural Resources Section
                                       P.O. Box 663
                                       Washington, D.C. 20044-0663
                                       Phone: (202) 305-0248
                                       Fax:   (202) 305-0267
                                       E-mail: caroline.blanco@usdoj.gov

Of Counsel:
MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone:  (802) 872-0629
Fax:  (802) 872-9704                              Counsel for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION ) <br> NETWORK, a Virginia non-profit corporation, ) <br> P.O. Box 100505, Arlington, VA 22210; ) <br> DION NEUTRA, 2440 Neutra Place, Los ) <br> Angeles, CA 90039; and CHRISTINE ) <br> MADRID FRENCH, 2422 Willard Drive, ) <br> Charlottesville, VA 22903, ) <br>           ) <br>     Plaintiffs,     ) <br>           ) <br>     v.     ) <br>           ) <br> JOHN LATSCHAR, in his official capacity as ) <br> SUPERINTENDENT OF GETTYSBURG ) <br> NATIONAL MILITARY PARK, 97 ) <br> Taneytown Rd., Gettysburg, PA 17325 ) <br> DENNIS REIDENBACH, in his official ) <br> capacity as ACTING DIRECTOR, ) <br> NORTHEAST REGION OF THE ) <br> NATIONAL PARK SERVICE, 200 Chestnut ) <br> Street, Philadelphia, PA 19106; MARY ) <br> BOMAR,[1/] in her official capacity as ) <br> DIRECTOR OF THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> DC 20240; DIRK KEMPTHORNE, in his ) <br> official capacity as SECRETARY OF THE ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; THE NATIONAL PARK ) <br> SERVICE, 1849 C Street, N.W., Washington, ) <br> D.C. 20240; and THE UNITED STATES ) <br> DEPARTMENT OF THE INTERIOR, 1849 C ) <br> Street, N.W., Washington, D.C. 20240, ) <br>           ) <br>     Defendants.     ) <br>           ) | Case Number:  1:06-CV-02077-TFH <br> Judge:  Thomas F. Hogan <br> Deck Type:  Administrative Agency <br>            Review <br> Date Stamp:  12/05/2006 |

**[PROPOSED] ORDER**

---

[1/]    The Court notes that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Upon consideration of the foregoing Unopposed Motion for Extension of Time and for good cause shown, IT IS HEREBY ORDERED that Federal Defendants' Unopposed Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED THAT, Federal Defendants shall be given up to and including July 16, 2007, in which to file the Administrative Record in this matter.

IT IS SO ORDERED.

Done this ____ day of June, 2007.    _____
                                      UNITED STATES DISTRICT COURT JUDGE