# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1/] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case Number: 1:06-CV-02077-TFH
Judge: Thomas F. Hogan
Deck Type: Administrative Agency Review
Date Stamp: 12/05/2006

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

---

[1/] Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants"), hereby submit the instant NOTICE OF FILING OF ADMINISTRATIVE RECORD, noticing the manual filing of the documents comprising the Administrative Record in this matter, electronically stored on one (1) compact disk.  (For the convenience of the Court and the Parties, the Index to the Administrative Record is attached hereto.)

The documents filed herewith are those documents that Federal Defendants believe are the documents constituting the Administrative Record in this matter, however, Plaintiffs believe that additional documents should be included in the Administrative Record.  Federal Defendants and Plaintiffs have conferred extensively about this dispute and will continue to attempt to

//

//

//

//

//

//

resolve their differences; if they are unable to find a resolution to this dispute, they have agreed

to bring it to this Court's attention during the upcoming status conference scheduled for July 30,

2007.

Dated: July 16, 2007                    Respectfully submitted,


                                        /s/CAROLINE M. BLANCO
                                        CAROLINE M. BLANCO
                                        (DC Bar No. 430118)
                                        United States Department of Justice
                                        Environment and Natural Resources  Division
                                        Natural Resources Section
                                        P.O. Box 663
                                        Washington, D.C.  20044-0663
                                        Phone:  (202) 305-0248
                                        Fax:     (202) 305-0267
                                        E-mail: caroline.blanco@usdoj.gov

Of Counsel:
MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone:  (802) 872-0629
Fax:  (802) 872-9704                    Counsel for Federal Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of July, 2007, a true and correct copy of the

foregoing NOTICE OF FILING OF ADMINISTRATIVE RECORD and attached Index to the

Administrative Record were served on the following counsel of record via overnight mail,

postage pre-paid.

NICHOLAS C. YOST
MATTHEW ADAMS
SONNENSHEIN NATH & ROSENTHAL, L.L.P.
525 Market Street
26th Floor
San Francisco, CA  94105-2708


/s/CAROLINE M. BLANCO
CAROLINE M. BLANCO

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| Volume No. | Doc No. | Description of Document | No. of Pages | Start Bates Number |
|---|---|---|---|---|
| 1 | 1 | Fully Signed Record Of Decision, Final General Management Plan/Environmental Impact Statement for Gettysburg National Military Park | 18 | AR000014 |
| 1 | 2 | Record of Decision, Final General Management Plan/Environmental Impact Statement, Gettysburg National Military Park With Latschar (Superintendent, GNMP) Signature Only Forwarding For Northeast Regional Director's Signature (11/17/99) | 19 | AR000032 |
| 1 | 3 | Letter from Latschar (Superintendent, GNMP) to Woodford (NPCA) Forwarding the Signed Memorandum of Agreement (8/18/99) (Identical Letters Sent to Attached List) | 5 | AR000051 |
| 1 | 4 | Letter from Catlin (ACHP) to Latschar (Superintendent, GNMP) Forwarding Fully Executed Memorandum of Agreement (7/29/99) | 4 | AR000056 |
| 1 | 5 | Letter from Catlin (ACHP) to Latschar (Superintendent, GNMP) transmitting executed Programmatic Agreement (7/29/99) | 11 | AR000060 |
| 1 | 6 | Letter from Latschar (Superintendent, GNMP) to Klima (ACHP) Forwarding the Memorandum of Agreement for Review and Approval (7/29/99) | 2 | AR000071 |
| 1 | 7 | Letter from Glass (PHMC) to Latschar (Superintendent, GNMP) Forwarding the Signed Memorandum of Agreement (7/26/99) | 1 | AR000073 |
| 1 | 8 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) Forwarding the Memorandum of Agreement for Review and Approval (7/16/99) | 2 | AR000074 |
| 1 | 9 | Letter from Latschar (Superintendent, GNMP) to Klima (ACHP) regarding transmitting Programmatic Agreement (7/12/99) | 2 | AR000076 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| 1 | 10 | Letter from Glass (PHMC) to Latschar(GNMP) regarding reviewed and executed Programmatic Agreement (7/9/99) | 11 | AR000078 |
| 1 | 11 | Letter from Woodford (NPCA) to Latschar (Superintendent, GNMP) Comments on Draft Memorandum of Agreement Between GNMP, PHMC, ACHP (7/7/99) | 1 | AR000089 |
| 1 | 12 | Letter from Boyce (Preservation Pennsylvania) to Klima (ACHP) Thanks for Letters and Comments on Cyclorama Building (7/7/99) | 2 | AR000090 |
| 1 | 13 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) transmitting Programmatic Agreement among ACHP, PHMC, GNMP, and NPS(7/2/99) | 12 | AR000092 |
| 1 | 14 | Letter from Finfrock (FNPG) to Latschar (Superintendent, GNMP) Thanks for Opportunity to Review the Proposed Memorandum of Agreement (7/2/99) | 1 | AR000104 |

2

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 1 | 15 | Letter from Neutra (Richard & Dion Neutra, Architects & Assoc, Inc.) To Latschar (Superintendent, GNMP) Comments & Questions Regarding Cyclorama Building (7/1/99) | 3 | AR000105 |
| 1 | 16 | Federal Register Notice for Final EIS, NPS, PA, General Management Plan, Implementation, Develop a Partnership with the Gettysburg National Battlefield Museum Foundation Gettysburg, PA - Volume 64, No. 122 (6/25/99) | 1 | AR000108 |
| 1 | 17 | Federal Register Notice Announcing Availability of Final Environmental Impact Statement and General Management Plan for Gettysburg National Military Park, Volume 64, No. 121 (6/24/99) | 2 | AR000109 |
| 1 | 18 | Letter from Latschar (Superintendent, GNMP) to Glass (PHMC) Letter Forwarding the Draft Memorandum of Agreement (6/18/99), Letter sent from Latschar to Interested Parties (6/16/99) (Identical Letters sent to List Attached) , and Memorandum of Agreement between GNMP, NPS, PHMC, and ACHP (6/16/99) | 7 | AR000111 |
| 1 | 19 | Memo from Slater (ACHP) to Babbitt (WASO) Regarding views from Council Member Working Group on the Cyclorama Center (6/4/99) | 1 | AR000118 |
| 2 | 19B | Final GMP/EA – Volume 1 and II | 1295 | AR000119 |
| 3 | 20 | Letter from Longstreth (Society of Architectural Historians) to Fowler (ACHP) Stating Disappointment with Advisory Council's Report on the Cyclorama Building (5/27/99) | 2 | AR001485 |
| 3 | 21 | Memo from Latschar (Superintendent, GNMP) to Planning Files to confirm that Rust provided permission to print the Final GMP/EA (5/25/99) | 1 | AR001487 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| | | | | |
|---|---|---|---|---|
| 3 | 22 | Letter from Klima (ACHP) to Latschar (Superintendent, GNMP) Letter Forwarding a Report (5/14/99) - Report - A Problem of Common Ground-Working Council Members (5/10/99) | 7 | AR001488 |
| 3 | 23 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) transmitting Programmatic Agreement among ACHP, PHMC, GNMP, and NPS (5/12/99) | 10 | AR001495 |
| 3 | 24 | Letter from Fowler (ACHP) to Kaszubski (Citizen) Regarding Comments for the Section 106 Consultation Process (4/27/99), and Incoming CC:Mail message from Kaszubski to Mrs. Clinton (2/14/99) | 4 | AR001505 |
| 3 | 25 | Letter from Longstreth (Society of Architectural Historians) to Catlin (ACHP) Informing ACHP that they will be forwarding National Historic Landmark Nomination for the Cyclorama Building (4/27/99) | 1 | AR001509 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 3 | 26 | Letter from Longstreth (Society of Architectural Historians) to Latschar (Superintendent, GNMP) Thanks & Comments for the Section 106 Case Report Meeting (4/22/99) | 4 | AR001510 |
| 3 | 27 | Letter from Shearer (Preservation Pennsylvania) to Latschar (Superintendent, GNMP) Plans to Publish the 8th Annual Listing of PA's most Endangered Historic Properties (4/20/99) | 1 | AR001514 |
| 3 | 28 | Letter from Neutra (Richard and Don Neutra, Architects & Assoc) to Latschar (Superintendent, GNMP) Regret not Being Available for Section 106 Case Report Meeting (4/20/99) | 1 | AR001515 |
| 3 | 29 | Sign In Sheet, Section 106 Case Report Meeting (4/20/99) | 3 | AR001516 |
| 3 | 30 | Agenda for Meeting with Consulting Parties and Interested Persons, Section 106 Case Report, The Cyclorama Painting, Battle of Gettysburg, The Cyclorama Building and the Historic Landscape of the Gettysburg Battle (4/20/99) | 1 | AR001519 |
| 3 | 31 | Draft Responses to Comments, Revised Section 106 Case Report, Cyclorama Painting The Battle of Gettysburg and the Cyclorama Center (4/19/99) | 13 | AR001520 |
| 3 | 32 | Memo from Klima (ACHP) to Brown (The Commission of Fine Arts) Forwarding Correspondence Regarding Section 106 Process - Identical Letter went to Attached List with Letter) (4/15/99) | 3 | AR001533 |
| 3 | 33 | Letter from Klima (ACHP) to Latschar (Superintendent, GNMP) Thanking the park for the Invitation to attend the Section 106 Consultation Meeting (4/14/99) | 2 | AR001536 |
| 3 | 34 | Duplicate of Document 33 | 2 | AR001538 |

5

**INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH**

| 3 | 35 | Letter from Latschar (Superintendent, GNMP) to Jerabek-Wuellner (UCLA) Confirm meeting to Discuss Section 106 Case Report on Cyclorama Building (4/12/99) Email from Jerabek-Wueller (UCLA) to Latschar (Superintendent, GNMP) with moving address (4/12/99) | 2 | AR001541 |
|---|----|-----|---|---|
| 3 | 36 | Memo from Klima (ACHP) to Judd, Westbrook, & Franklin (Representing the Architect of the Capitol) Section 106 Consultation Meeting and Tour (4/8/99) | 2 | AR001543 |
| 3 | 37 | Letter from Moe (National Trust for Historic PA) to Latschar (Superintendent, GNMP) Comments on Revised Section 106 Case Report for the Cyclorama Building (4/7/99) | 3 | AR001545 |
| 3 | 38 | Duplicate of Document 37 | 0 | AR001548 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 3 | 39 | Letter from Latschar (Superintendent, GNMP) to Catlin (ACHP) Confirming Meeting to Discuss Section 106 Case Report for the Cyclorama Building (Identical Letter sent to Attached List) (4/2/99) | 3 | AR001549 |
| 3 | 40 | Letter from Latschar (Superintendent, GNMP) to Woodford (NPCA) Confirm Meeting Discussing Section 106 Case Report (Identical Letters sent to Attached List) (4/2/99) | 3 | AR001552 |
| 3 | 41 | Letter from Riley (The Museum of Modern Art) to Catlin (ACHP) Comments on Cyclorama Building (3/23/99) | 1 | AR001555 |
| 3 | 42 | Letter from Hines (University of CA) to Catlin (ACHP) Comments on Cyclorama Building (3/19/99) | 1 | AR001556 |
| 3 | 43 | Letter from Woodford (NPCA) to Latschar (Superintendent, GNMP) Comments on Revised Section 106 Case Report for the Cyclorama Building (3/19/99) | 1 | AR001557 |
| 3 | 44 | Letter from Morrison (AIA Pennsylvania) to Latschar (Superintendent, GNMP) Comments on Revised Section 106 Case Report for the Cyclorama Building (3/19/99) | 1 | AR001558 |
| 3 | 45 | Letter from Jerabek-Wuellner (University of CA) to Latschar (Superintendent, GNMP) Comments on Revised Section 106 Case Report for the Cyclorama Building (3/19/99) | 7 | AR001559 |
| 3 | 46 | Letter from Taylor (Preservation Pennsylvania) to Latschar (Superintendent, GNMP) Comments on Revised Section 106 Case Report for the Cyclorama Building (3/18/99) | 2 | AR001566 |

**INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH**

| | | | | |
|---|---|---|---|---|
| 3 | 47 | Letter from Coates (Friends of the National Parks at Gettysburg) to Latschar (GNMP) commenting on the revised Section 106 Report for the Cyclorama Building (3/18/99) | 3 | AR001568 |
| 3 | 48 | Letter from Bennett (GNMP-AC, Special Committee) to Latschar (Superintendent, GNMP) commenting on the revised Section 106 Report for the Cyclorama Building (3/17/99) | 1 | AR001571 |
| 3 | 49 | Letter from Brown (The Commission of Fine Arts) to Catlin (ACHP) Comments on Cyclorama Building (3/17/99) | 2 | AR001572 |
| 3 | 50 | Letter from Neutra (Richard and Dion Neutra, Architects & Associates) to Latschar (Superintendent, GNMP) commenting on the revised Section 106 Case Report for the Cyclorama Building (3/16/99) | 2 | AR001574 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 4 | 51 | Letter from Platt (GNMP-AC, Special Committee) to Bennett (GNMP-Ac, Special Committee) commenting on the revised Section 106 Case Report for the Cyclorama Building (3/8/99) | 1 | AR001576 |
| 4 | 52 | CC:Mail Message from Quillen (FEI) to President and Mrs. Clinton and "See List" on Neutra Cyclorama (3/8/99) | 2 | AR001577 |
| 4 | 53 | CC:Mail Message from Atzen (Citizen) to President and Mrs. Clinton and "See List" on Save the Gettysburg Cyclorama (3/8/99) | 2 | AR001579 |
| 4 | 54 | Letter from Longstreth (Society of Architectural Historians) to Latschar (Superintendent, GNMP) commenting on the revised Section 106 Case Report for the Cyclorama Building (3/5/99) | 2 | AR001581 |
| 4 | 55 | CC:Mail Message from Koenigsberg (Citizen) to President and Mrs. Clinton and "See List" on Gettysburg Cyclorama (3/03/99) | 2 | AR001583 |
| 4 | 56 | Letter from Nelson (GNMP-AC, Special Committee) to Bennett(GNMP-AC, Special Committee) commenting on the revised Section 106 Case Report for the Cyclorama Building(3/1/99) | 1 | AR001585 |
| 4 | 57 | Letter from Latschar (Superintendent, GNMP) to Woodford (NPCA) Transmitting Revision to Section 106 Case Report for Cyclorama Building (2/19/99) (Identical Letters sent to Attached List) | 21 | AR001586 |
| 4 | 58 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) Transmitting Revision to Section 106 Case Report for Cyclorama Building 2/19/99 (Identical Letters sent to Attached List) | 21 | AR001589 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| 4 | 59 | Section 106 Case Report, Cyclorama Painting, Battle of Gettysburg, Cyclorama Building, Gettysburg National Military Park, Revised 2/18/99 | 18 | AR001592 |
|---|----|---|----|----|
| 4 | 60 | CC:Mail message from Latschar (Superintendent, GNMP) to Jerabek-Wuellner (Citizen) Interested Party to Section 106 Process for the Cyclorama Building (2/9/99), and Note from Latschar to Jerabek-Wuellner (2/10/99) | 4 | AR001610 |
| 4 | 61 | Letter from Heckaman (Donald Heckaman, AIA Assoc. Inc) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report for the Cyclorama Building (2/5/99) | 2 | AR001613 |
| 4 | 62 | CC:Mail Message from Gillis (Citizen) to President and Mrs. Clinton and "See List" on Save the Gettysburg Cyclorama (1/29/99) | 2 | AR001615 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 4 | 63 | Letter from Jerabek-Wuellner (University of CA) to Latschar (Superintendent, GNMP) Identifying herself as Interested Party for Section 106 Process for Removal of Cyclorama Building (1/28/99) | 2 | AR001617 |
| 4 | 64 | CC:Mail Message from Bush (Citizen) to President and Mrs. Clinton and "See List" on Save the Neutra Cyclorama Center in Gettysburg (1/28/99) | 2 | AR001619 |
| 4 | 65 | CC:Mail Message from Vela (Architect) to President and Mrs. Clinton and "See List" on Save the Gettysburg Cyclorama (1/24/99) | 2 | AR001621 |
| 4 | 66 | Letter from Moe (National Trust for Historic Preservation) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report for the Cyclorama Building (1/19/99) | 4 | AR001623 |
| 4 | 67 | CC:Mail message from Neutra (Richard & Dion Neutra, Architects & Associates) to Latschar (Superintendent, GNMP) Responding to Questions (1/13/99) | 1 | AR001627 |
| 4 | 68 | Letter from Woodford (National Parks & Conservation Association (NPCA) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report for Cyclorama Building (1/11/99) | 1 | AR001628 |
| 4 | 69 | Letter from Karr (PHMC) to Latschar (Superintendent, GNMP) Case Report for the Removal of the Cyclorama Building (1/11/99) | 1 | AR001629 |
| 4 | 70 | Letter from Neutra (Richard & Dion Neutra, Architects & Associates) to Latschar (Superintendent, GNMP) Interested Party for Section 106 Case Report for Cyclorama Building (1/11/99) | 3 | AR001630 |
| 4 | 71 | Letter from Bennett (GNMP AC, Special Committee) to Latschar (Superintendent, | 2 | AR001633 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| | | GNMP) Comments on Section 106 Case Report, Cyclorama Building (1/9/99) | | |
|---|---|---|---|---|
| 4 | 72 | Letter from Taylor (Preservation Pennsylvania) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report, Cyclorama Building (1/8/99) | 1 | AR001635 |
| 4 | 73 | Memo from Vice (GNMP) to FitzGerald (GNMP) Regarding the Condition of the Cyclorama Painting (1/7/99) | 1 | AR001636 |
| 4 | 74 | Letter from Monrean (FNPG) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report, Cyclorama Building (1/7/99) | 3 | AR001637 |
| 4 | 75 | Letter from Longstreth (Society of Architectural Historians) to Latschar (Superintendent, GNMP) Comments on Section 106 Case Report, Cyclorama Building (1/6/99) | 4 | AR001640 |
| 4 | 76 | Letter from Platt (GNMP AC, Special Committee) to Bennett (GNMP AC) Comments on Review of Section 106 Case Report, Cyclorama Building (1/2/99) | 2 | AR001644 |
| 4 | 77 | Letter from Nelson (GNMP AC, Special Committee) to Bennett (GNMP AC) Comments on Review of Section 106 Case Report, Cyclorama Building (12/28/98) | 2 | AR001646 |
| 4 | 78 | Letter from Latschar (Superintendent, GNMP) to Boyce (Preservation Pennsylvania) Transmitting 106 Case Report (Identical Letters to Attached List) 12/11/98) | 15 | AR001648 |
| 4 | 79 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC), and Catlin (ACHP) Transmitting Section 106 Case Report for Cyclorama Building (12/11/98), Report on Conservation Considerations & Recommendations Regarding Exhibition of the Gettysburg Cyclorama - Sullivan (NE Regional Conservation Center) (11/24/98), Section 106 Case Report, Cyclorama Building, Gettysburg National Military Park - GNMP (Undated) | 18 | AR001651 |
| 4 | 80 | Response from Rust (NER) to Magaziner (FAIA) (11/30/98) Regarding Letters to Magziner from Rust on Preservation and Demolitioning of Cyclorama Building (10/5/98 and 10/8/98) | 3 | AR001653 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| 5 | 81 | Conservation Considerations and Recommendations Regarding Exhibition of the Gettysburg Cyclorama -Sullivan (NE Regional Conservation Center)  (11/24/98) | 4 | AR001656 |
|---|----|---|---|---|
| 5 | 82 | Memo from Klima (ACHP) to Judd, Westbrook, Franklin (Representing Architect of the Capitol) Forwarding Draft GMP, Draft DCP, RFP, Documentation of Determination of Eligibility, notice from the Keeper of the National Register, etc. (11/19/98) | 10 | AR001660 |
| 5 | 83 | Letter from Prudon (Docomomos/US) to Latschar (Superintendent, GNMP) Regarding Preservation of Neutra Cyclorama (11/6/98) | 1 | AR001670 |
| 5 | 84 | Letter from Longstreth (Society of Architectural Historians) to Klima (ACHP) asking to be a consulting party for Section 106 Cyclorama at Gettysburg National Military Park (11/1/98) | 1 | AR001671 |
| 5 | 85 | Proposal for Moving and Conserving the Gettysburg Cyclorama - Huston (Past President of the American Institute for Conservation of Artistic and Historic Works) (11/98) | 12 | AR001672 |
| 5 | 86 | CC:Mail message from Neutra (Richard & Dion Neutra, Architects & Associates) to Craig (GNMP) Interested Party Regarding Section 106 Process of Removal of Cyclorama Building (10/29/98) | | AR001684 |
| 5 | 87 | Letter from Boyce (Preservation Pennsylvania) to Latschar (Superintendent, GNMP) Interested Party for Section 106 Process of Removal of Cyclorama Building (10/16/98) | 2 | AR001685 |

13

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 5 | 88 | Letter from Morrison (AIA Pennsylvania) to Latschar (Superintendent, GNMP) Opposition of Removal of Cyclorama Building (10/15/98) | 2 | AR001687 |
| 5 | 89 | Letter from Heckaman (Donald Heckaman, AIA Assoc. Inc.) to Latschar (Superintendent, GNMP) Interested Party in Section 106 Process for Removal of Cyclorama Building (10/12/98) | 8 | AR001689 |
| 5 | 90 | CC:Mail message from Monrean (FNPG) to Latschar (Superintendent, GNMP) Interested in Plans for the Cyclorama Building (10/8/98) | 1 | AR001697 |
| 5 | 91 | Letter from Klima (ACHP) to Latschar (Superintendent, GNMP) Referral Concerning Eligibility for National Register - Cyclorama Building(10/6/98) | 7 | AR001698 |
| 5 | 92 | Letter from Klima (Advisory Council on Historic Preservation) to Latschar (Superintendent, GNMP) Referral Concerning Eligibility for National Register – Cyclorama Building (10/6/98) | 9 | AR001705 |
| 5 | 93 | Transcript of Proceeding of Public Hearing – October 3, 1998 at 2:15 p.m. | 77 | AR001714 |
| 6 | 94 | Transcript of Proceedings of Public Hearing – October 1, 1998 at 7:00 p.m. | 105 | AR001791 |
| 6 | 95 | Determination of Eligibility Notification - National Register of Historic Places, NPS for Cyclorama Building Gettysburg National Military Park from ACHP (3/30/98) | 3 | AR001896 |
| 6 | 96 | Letter from Latschar (Superintendent, GNMP) to Shull (WASO) response to additional information sent by Mr. Longstreth (9/24/98) | 2 | AR001899 |
| 6 | 97 | Fax from DeNadai (Pennsylvania Historic Preservation Board) to Shull (National Register) Regarding Resolution Passed at Their Meeting (9/17/98) – Resolution (9/8/98) | 2 | AR001901 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| 6 | 98 | Letter from Longstreth (Society of Architectural Historians) to Shull (Keeper of the National Register of Historic Places) Comments Responding to Latschar's Comments (9/5/98) | 3 | AR001903 |
|---|-----|---|---|---|
| 6 | 99 | Letter from Latschar (Superintendent, GNMP) to Shull (WASO) confirms our opinion Cyclorama Center does not met The National Register of Historic Places Criteria (8/24/98) | 24 | AR001906 |
| 6 | 100 | Federal Register Notice for Environmental Impact Statement, Notice of Availability - Volume 63, Number 162 (8/21/98) | 2 | AR001930 |
| 6 | 101 | Federal Register Notice Announcing Availability of Draft Environmental Impact Statement and General Management Plan for Gettysburg National Military Park - Volume 63, No. 159 (8/18/98) | 2 | AR001932 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 6 | 102 | Memo From Latschar (Superintendent, GNMP) to Chief, Environmental Quality Div (WASO) Transmitting Draft GMP/EA (8/14/98) | 13 | AR001934 |
| 6 | 103 | Letter from Latschar (Superintendent, GNMP) to Catlin (Advisory Council for Historic Preservation) and Barrett (PHMC) Transmitting Draft GMP/EA (8/14/98) | 2 | AR001947 |
| 6 | 104 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) and Catlin (ACHP) transmitting Final GMP\EIS (814/98) | 2 | AR001949 |
| 7 | 105 | Draft General Management Plan and Environmental Impact Statement, Gettysburg National Military Park, Pennsylvania (8/98) | 358 | AR001951 |
| 8 | 106 | Letter from Boyce (Preservation Pennsylvania) to Shull (Keeper of the National Register of Historic Places) Expressing Interest Regarding Determination of Eligibility of the Cyclorama Building (7/2/98) | 1 | AR002305 |
| 8 | 107 | Letter from Glass (PHMC) to Shull (WASO) regarding reevaluating eligibility of Cyclorama Building (6/29/98) and (7/1/98) | 2 | AR002306 |
| 8 | 108 | Memo from Stevenson (Associate Director Cultural Resource Stewardship and Partnerships) to Latschar (Superintendent, GNMP) regarding reevaluating eligibility of Cyclorama Building (no date) | 1 | AR002308 |
| 8 | 109 | Letter from Boyce (Preservation Pennsylvania) to Latschar (Superintendent, GNMP) Formed Committee to Determine Their Position on the Cyclorama Building National Eligibility (5/22/98) | 1 | AR002309 |
| 8 | 110 | Memo from Shull (WASO) to Associate Director (Cultural Resource Stewardship and Partnerships and NPS Federal Preservation Officer regarding determination of | 1 | AR002310 |

16

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

|   |   | eligibility for Cyclorama Building (5/12/98) |   |   |
|---|---|---|---|---|
| 8 | 111 | Memo from Latschar (Superintendent, GNMP) to Melton (WASO) Transmitting the Federal Register Notice for the Termination of Environmental Assessment Process (5/6/98) | 2 | AR002311 |
| 8 | 112 | Letter from De Long (University of Pennsylvania) to Andrus (National Register of Historic Places) Supporting the Cyclorama Building to the National Register of Historic Places (4/23/98) | 2 | AR002313 |
| 8 | 113 | Letter from Longstreth (George Washington University) to Andrus (National Register of Historic Places) Forwarding Information on Gettysburg Cyclorama (4/23/98) | 6 | AR002315 |
| 8 | 114 | Letter from Madrid (Citizen) to Andrus (National Register of Historic Places) Regarding Significance of the Cyclorama Building (4/6/98) | 23 | AR002321 |
| 8 | 115 | Letter from Wilson (Department of Architectural History, University of Virginia) to Andrus (National Register of Historic Places) Urging Determination of Eligibility for the Cyclorama to the National Register of Historic Places (4/6/98) | 5 | AR002344 |
| 8 | 116 | Letter from Longstreth (The George Washington University) to Andrus (National Register of Historic Places) Forwarding Additional Information on the Cyclorama at Gettysburg (4/5/98) | 37 | AR002349 |
| 8 | 117 | Letter from Latschar (Superintendent, GNMP) to Catlin (ACHP) transmitting background material pertaining to the park's proposal (3/25/98) | 3 | AR002386 |
| 8 | 118 | Letter from Latschar (Superintendent, GNMP) to Shull (WASO) transmitting background material pertaining to the park's proposal (3/25/98) | 2 | AR002389 |
| 8 | 119 | Letter from Glass (PHMC) to Shull (WASO) regarding the determination of eligibility for Cyclorama Building (no date) | 1 | AR002391 |
| 8 | 120 | Letter from Longstreth (Society of Architectural Historians) to Andrus (national | 7 | AR002392 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| | | | | |
|---|---|---|---|---|
| | | Register of Historic Places) Requesting Determination of Eligibility of Former Visitor Center Now Known as Cyclorama Building (3/20/98) | | |
| 8 | 121 | CC:Mail Message from Harlan (Citizen) to President Clinton and Mrs. Clinton and "See List" on Save Gettysburg Cyclorama (3/20/98) | 2 | AR002399 |
| 8 | 122 | CC:Mail Message from Miuccio (Citizen) to President Clinton and "See List" on Save Gettysburg Cyclorama (3/18/98) | 2 | AR002401 |
| 9 | 123 | Letter from Klima (ACHP) to Shull (WASO) seeking opinion regarding the issue of eligibility of Cyclorama Building for National Register (3/11/98) | 1 | AR002403 |
| 9 | 124 | CC:Mail Message from Yofee to President Clinton and "See List" on Save Neutra Gettysburg Cyclorama Center (3/9/98) | 2 | AR002404 |
| 9 | 125 | CC:Mail Message from Searls (Citizen) to President and Mrs. Clinton and "See List" on Sving Neutra's Cyclorama at Gettysburg (3/9/98) | 2 | AR002406 |
| 9 | 126 | On-Site Evaluation Report of the Gettysburg Cyclorama Painting - Ferguson (Atlanta Cyclorama Conservation Project under Paintings Conservator Gustav Berger) (3/98) | 4 | AR002418 |
| 9 | 127 | Fax From Ghezzi (bfgc architects planners) to Galvin (NPS) Regarding Letter to President Clinton on Preservation of Neutra Cyclorama Center in Gettysburg (2/19/98) | 3 | AR002412 |
| 9 | 128 | Memo from Hodson (NE Museum Center) to Latschar (Superintendent, GNMP) Review of Collections Management Plan First Draft (2/17/98) | 128 | AR002415 |
| 9 | 129 | Battle of Gettysburg, July 1-3, 1863 - Military Units Defending the Site of the Cyclorama and Visitor Center Developments - Harrison (11/6/97) | 3 | AR002540 |
| 9 | 130 | Estimated Strengths and Losses of Military Units Depending the Site of the Cyclorama and Visitor Center Developments - Harrison (11/6/97) | 4 | AR002543 |
| 9 | 131 | Letter from Latschar (Superintendent, GNMP) to Catlin (Advisory Council on Historic Preservation) (ACHP) invitation to join in our Planning Process (8\4\97) | 1 | AR002547 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| 9 | 132 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) invitation to join in our Planning Process (8/4/97) | 1 | AR002548 |
|---|---|---|---|---|
| 9 | 133 | Federal Register Notice for Notice of Intent to Prepare an Environmental Impact Statement - Volume 62, Number 86 (5/5/97) | 2 | AR002549 |
| 9 | 134 | Letter from Waddy (Society of Architectural Historians) to Galvin (WASO) Conveying a Resolution (4/29/97), and Response Letter from Latschar (Superintendent, GNMP) to Waddy (Society of Architectural Historians) Possible Resolution Regarding the Removal of the Cyclorama Building (8/11/97) | 5 | AR002551 |
| 10 | 135 | Press Release (GNMP) Gettysburg National Military Park Invites Public to Help with General Management Plan (5/21/97) | 1 | AR002556 |
| 10 | 136 | Gettysburg National Military Park's New General Management Plan Newsletter I (April 1997) | 4 | AR002557 |
| 10 | 137 | Letter from Longstreth (Society of Architectural Historians) to Fowler (ACHP) Requesting Advisory Council Seek Opinion of Keeper of the National Register (2/26/97) | 2 | AR002561 |
| 10 | 138 | Cyclorama Center Monthly Visitation Report, January – December 1997 | 23 | AR002563 |
| 10 | 139 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) forwarding copies of the Draft DCP/EA for review (5/3/96) | 1 | AR002586 |
| 10 | 140 | Development/Study Package Proposal - 10-238 Entitled Correct Health, Life Safety and Accessibility Deficiencies, and Rehabilitate Cyclorama Center (5/3/96) | 4 | AR002587 |
| 10 | 141 | Gettysburg National Military Park - Budget Requests to Repair and Rehabilitate Visitor Center and Cyclorama Buildings (10-238s) (undated) | 1 | AR002591 |
| 10 | 142 | Letter from Muyres (Painting Conservator) to Segars (GNMP) regarding the Physical | 2 | AR002592 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| | | | | |
|---|---|---|---|---|
| | | Requirements for Display of a Restored Cyclorama Painting (4/2/96) | | |
| 10 | 143 | Letter from Segars (GNMP) to Muyres (Painting Conservator) regarding the Physical Requirements for Display of a Restored Cyclorama Painting (3/15/96) | 2 | AR002594 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| Volume No. | Doc No. | Description of Document | No. Of Pages | Start Bates Number |
|---|---|---|---|---|
| 10 | 144 | Cyclorama Center Monthly Visitation Report, January – December 1996 | 12 | AR002596 |
| 10 | 145 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) Requesting PHMC Presence at Planning Meeting for December 13,1995 (12/7/95) | 1 | AR002608 |
| 10 | 146 | Letter from Latschar (Superintendent, GNMP) to Barrett (PHMC) forwarding the Determination of Eligibility for Inclusion to the National Register of Historic Places for the Cyclorama Building at GNMP (12/7/95) | 65 | AR002609 |
| 10 | 147 | Response Letter from Rust (Northeast Regional Director) to Walsh (U.S. House of Representatives (8/16/95) | 1 | AR002673 |
| 10 | 148 | Letter from Walsh (US House of Representatives) to Merrill (WASO) regarding condition of Collections and Cyclorama Painting (7/26/95) | 1 | AR002674 |
| 10 | 149 | Letter from Robinson (Citizen) to Walsh (US House of Representative) regarding condition of Collections and Cyclorama painting (7/13/95) | 4 | AR002675 |
| 10 | 150 | Letter from Latschar (Superintendent, GNMP) to Moe (National Trust for Historic Preservation) sending copy of the DCP/EA for review (7/14/95) | 4 | AR002679 |
| 11 | 151 | Proposal for a Preliminary Research Project for the Restoration of the Gettysburg Cyclorama from Muyres (Painting Conservator) (6/12/95) | 28 | AR002683 |
| 11 | 152 | Memo from Tobias (MARO) to Regional Historian (MARO) regarding Comments on GETT (Draft) DOE, Cyclorama Center (April 14, 1995) (4/20/95) | 4 | AR002711 |

**INDEX FOR THE ADMINISTRATIVE RECORD**
**OF THE NATIONAL PARK SERVICE (NPS)**
**FOR RECENT PAST PRESERVATION NETWORK et al.**
**v**
**LATSCHAR et al.**
**1:06-CV-02077-TFH**

| 11 | 153 | Memo from Latschar (Superintendent, GNMP) to Acting Associate Regional Director, Planning & Resource Preservation (MARO) regarding Determination of Eligibility, Cyclorama Building (4/14/95) | 10 | AR002715 |
|---|---|---|---|---|
| 11 | 154 | Letter from Muyres (Painting Conservator) to Roach (GNMP) and Vice (GNMP) regarding Gettysburg Cyclorama Restoration (3/15/95) | 3 | AR002725 |
| 11 | 155 | Report - Cultural Resources (Harrison) (GNMP) (2/27/95) | 2 | AR002728 |
| 11 | 156 | Cultural Resources Impacts Removal of Cyclorama Building and Restoration of Landscape, Harrison (GNMP) (2/16/95) | 1 | AR002730 |
| 11 | 157 | Impact of the Cyclorama Building on The Historic Scene, Harrison (GNMP) (2/15/95) | 2 | AR002731 |
| 11 | 158 | Brief Overview of Relationship of Cyclorama Building/Site to The Battle and Battlefield of Gettysburg, Harrison (GNMP) (2/15/95) | 2 | AR002733 |
| 11 | 159 | Origins of the Cyclorama Building, Harrison (GNMP) (2/15/95) | 1 | AR002735 |
| 11 | 160 | Class "C" Estimate for the Removal of the Cyclorama Center by Dreier (GNMP) (1/95) | 1 | AR002736 |
| 11 | 161 | Cyclorama Center Monthly Visitation Report, January – December 1995 | 13 | AR002737 |
| 11 | 162 | Abbreviated Version of the National Register Documentation - Harrison\Darden (undated) | 45 | AR002750 |
| 11 | 163 | Cyclorama Center Monthly Visitation Report, January – November 1994 (December 1994 missing) | 16 | AR002802 |
| 12 | 164 | Development/Study Package Proposal - 10-238 Entitled Rehab Cyclorama Center and Mitigate Asbestos (9/27/93) | 5 | AR002818 |
| 12 | 165 | Cyclorama Center Monthly Visitation Report, January – December 1993 | 12 | AR002823 |

INDEX FOR THE ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v
LATSCHAR et al.
1:06-CV-02077-TFH

| 12 | 166 | Cyclorama Center Monthly Visitation Report, January – December 1992 | 12 | AR002835 |
| 12 | 167 | Cyclorama Center Monthly Visitation Report, January – December 1991 | 12 | AR002847 |
| 12 | 168 | Cyclorama Center Monthly Visitation Report, January – December 1990 (February 1990 missing) | 11 | AR002859 |
| 12 | 169 | Development/Study Package Proposal - 10-238 Package Entitled Replace Asbestos Ceiling in Cyclorama Center (2/19/85) | 3 | AR002870 |
| 12 | 170 | Richard Neutra and the Search for Modern Architecture – A Biography and History – Thomas Hines (1982) | 131 | AR002873 |
| 12 | 171 | A Plan to Preserve the Historic Resources of the Gettysburg Area of the Commonwealth of Pennsylvania – A Report Prepared by the Advisory Coucil on Historic Preservation (6/77) | 47 | AR003002 |
| 12 | 172 | Order Designating the Cyclorama of Gettysburg a National Historic Object, Gettysburg, PA from Acting Secretary of the Interior (10/5/44) | 1 | AR003050 |