## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903,** ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **Case Number: 1:06-CV-02077-TFH** |
| | ) | **Judge: Thomas F. Hogan** |
| **JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1/] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity of SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Deck Type: Administrative Agency Review**  **Date Stamp: 12/05/2006**  **NOTICE OF APPEARANCE** |
| **Defendants.** ) ) ) | |

Ms. Samantha Klein of the United States Department of Justice hereby enters a notice of

---

[1/]    Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

appearance in this matter on behalf of all Federal Defendants, including the United States

Department of the Interior; the National Park Service; Dirk Kempthorne, in his capacity as

Secretary of the United States Department of the Interior; Mary Bomar, in her official capacity

as National Park Service Director; Dennis Reidenbach, in his official capacity as Acting Director

of the Northeast Region of the National Park Service; and John Latschar, in his official capacity

as Superintendent of Gettysburg National Military Park.

All orders, pleadings, and correspondence to be served upon Federal Defendants should

be addressed to:

<u>Regular Mail Address:</u>
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0474
Fax:    (202) 305-0506
E-mail: samantha.klein@usdoj.gov

//

//

//

//

//

//

//

//

-2-

<u>Overnight Mail Address:</u>
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3814
Washington, D.C. 20004

Respectfully submitted,


July 31, 2007                              /s/ *Samantha Klein*_____
                                          SAMANTHA KLEIN
                                          United States Department of Justice
                                          Environment and Natural Resources  Division
                                          Natural Resources Section
                                          P.O. Box 663
                                          Washington, D.C.  20044-0663
                                          Phone: (202) 305-0474
                                          Fax:     (202) 305-0506
                                          E-mail: samantha.klein@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone:  (802) 872-0629
Fax:  (802) 872-9704