UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RECENT PAST PRESERVATION NETWORK**, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN LATSCHAR**, *et al.*,<br><br>**Defendants.** | 06-CV-02077 (TFH/JMF) |

## SCHEDULING ORDER

Having carefully reviewed the Proposed Joint Briefing Schedule submitted by the parties, and in accordance with the status conference held in open court on October 4, 2007, it hereby is

**ORDERED** that this case shall proceed according to the following schedule unless otherwise ordered by the Court:

1. On or before November 9, 2007, the parties shall resolve any outstanding issues relating to the supplementation of the Administrative Record;

2. On or before January 15, 2008, the plaintiffs shall file a motion for summary judgment and a memorandum of points and authorities in support thereof;

3. On or before March 14, 2008, the defendants shall file a cross-motion for summary judgment and one consolidated memorandum of points and authorities in support of the cross-motion for summary judgment and in opposition to the plaintiffs' motion for summary judgment;

4. On or before April 11, 2008, the plaintiffs shall file one consolidated memorandum of points and authorities in opposition to the defendants' cross-motion for summary judgment and in reply to the defendants' opposition to the plaintiffs' motion for summary judgment; and

5. On or before May 9, 2008, the defendants shall file one memorandum of points

and authorities that replies to the plaintiffs' opposition to the defendants' cross-motion for summary judgment.

Any requests to continue or reschedule a due date shall be by motion filed with the Court after conferring with the opposing party. It further is

**ORDERED** that any pretrial conferences and a trial date will be scheduled after the resolution of any dispositive motions.

**SO ORDERED.**

October 4, 2007

/S/
John M. Facciola
United States Magistrate Judge