UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>      Defendants. | Case Number: 1:06-CV-02077-TFH<br>Judge: Thomas F. Hogan<br>Deck Type: Administrative Agency Review<br>Date Stamp: 12/05/2006<br><br>FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL |

---

[1] Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants hereby give notice of the withdrawal of the appearance of Kathryn E. Benz as counsel for all Federal Defendants, including the United States Department of the Interior; the National Park Service; Dirk Kempthorne, in his capacity as Secretary of the United States Department of the Interior; Mary Bomar, in her official capacity as National Park Service Director; Dennis Reidenbach, in his official capacity as Acting Director of the Northeast Region of the National Park Service; and John Latschar, in his official capacity as Superintendent of Gettysburg National Military Park.

Samantha Klein will continue as lead counsel for all Federal Defendants.

Respectfully submitted this 5th day of November, 2007.

/s/ *Kathryn E. Benz*
KATHRYN E. BENZ
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0245
Fax:    (202) 305-0506
E-mail: kathryn.benz@usdoj.gov

**Of Counsel**:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone: (802) 872-0629
Fax: (802) 872-9704

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, Defendants filed through the United States District Court ECF System FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL to be served by CM/ECF electronic filing on the following attorneys of record:

Nicholas C. Yost
nyost@sonnenschein.com

>    /s/ *Kathryn E. Benz*
>    KATHRYN E. BENZ
>    United States Department of Justice
>    Environment and Natural Resources Division
>    Natural Resources Section
>    P.O. Box 663
>    Washington, D.C. 20044-0663