# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903, <br><br>    Plaintiffs, <br><br>v. <br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1/] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, <br><br>    Defendants. | Case Number: 1:06-CV-02077-TFH <br> Judge: Thomas F. Hogan <br> Deck Type: Administrative Agency Review <br> Date Stamp: 12/05/2006 |

## NOTICE OF SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

---

[1/]   Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants"), hereby submit the instant NOTICE OF SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD, noticing the manual filing of the documents comprising the Supplemental Administrative Record in this matter, electronically stored on one (1) compact disk.  Pursuant to discussions between counsel for Plaintiffs and Defendants, it was determined that certain additional documents should be included in the Administrative Record.  Attached hereto is the Index to the Supplemental Administrative Record.

Date:   November 8, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ *Samantha Klein*
SAMANTHA KLEIN
United States Department of Justice
Environment and Natural Resources  Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Phone: (202) 305-0474
Fax:    (202) 305-0506

E-mail: samantha.klein@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone: (802) 872-0629
Fax: (802) 872-9704

## CERTIFICATE OF SERVICE

 I hereby certify that on this 8th day of November, 2007, a true and correct copy of the foregoing NOTICE OF SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD and attached Index to the Supplemental Administrative Record were served on the following counsel of record via overnight mail, postage pre-paid.

  NICHOLAS C. YOST
  MATTHEW ADAMS
  SONNENSHEIN NATH & ROSENTHAL, L.L.P.
  525 Market Street
  26th Floor
  San Francisco, CA  94105-2708


        /s/Samantha Klein
        SAMANTHA KLEIN

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 13 | 173 | 04/1995 | Draft Development Concept Plan Environmental Assessment, Gettysburg Museum of the Civil War, Gettysburg National Military Park, Pennsylvania ("1995 DDCPEA") | AR003057 |
| 13 | 174 | 04/03/1995 | Letter from Jeff H. Grzelak (Union Times) to Dr. John A. Latschar (Superintendent, GNMP) re: 1995 DDCPEA | AR003125 |
| 13 | 175 | 04/08/1995 | Letter from Joyce Jackson (Magic Town of Gettysburg) to John A. Latschar re: 1995 DDCPEA | AR003126 |
| 13 | 176 | 04/17/1995 | Letter from Sara M. Laser (citizen) to John A. Latschar re: 1995 DDCPEA | AR003127 |
| 13 | 177 | 04/19/1995 | Letter from Dean S. Thomas (Thomas Publications) to John A. Latschar re: 1995 DDCPEA | AR003130 |
| 13 | 178 | 04/19/1995 | Letter from Douglas R. Cubbison (citizen) to John A. Latschar re: 1995 DDCPEA | AR003131 |
| 13 | 179 | 04/20/1995 | Letter from John M. Fuss (citizen) to John A. Latschar re: 1995 DDCPEA | AR003137 |
| 13 | 180 | 04/20/1995 | Letter from Ronald D. Gilbert (Gettysburg Travel Council) to John A. Latschar re: 1995 DDCPEA | AR003138 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 13 | 181 | 04/20/1995 | Letter from Frederick D. Hunt (The Military Order of the Loyal Legion of the United States) to Honorable Roger G. Kennedy (Director, N.S.) re: 1995 DDCPEA | AR003139 |
| 13 | 182 | 04/20/1995 | Letter from Frederick W. Hawthorne (citizen) to John A. Latschar re: 1995 DDCPEA | AR003142 |
| 13 | 183 | 04/21/1995 | Letter from Cynthia A. Ford (Gettysburg-Adams County Area Chamber of Commerce) to John A. Latschar re: Extension of Comment Period | AR003144 |
| 13 | 184 | 04/21/1995 | Letter from Dr. Beverly Stanton (citizen) to John A. Latschar re: 1995 DDCPEA | AR003145 |
| 13 | 185 | 04/24/1995 | Letter from Laverne Louey (citizen) to John A. Latschar re: 1995 DDCPEA | AR003149 |
| 13 | 186 | 04/24/1995 | Letter from Walter L. Powell (Gettysburg Battlefield Preservation Association) to John A. Latschar re: 1995 DDCPEA | AR003152 |
| 13 | 187 | 04/24/1995 | Letter from Frederick W. Hawthorne (Association of Licensed Battlefield Guides) to John A. Latschar re: 1995 DDCPEA | AR003154 |
| 13 | 188 | 04/25/1995 | Memorandum from Chief, Preservation Planning & American Battlefield Protection Program to Superintendent, Gettysburg National Military Park re: 1995 DDCPEA | AR003155 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 13 | 189 | 04/25/1995 | Letter from Gerald P. Bennett (citizen) to John A. Latschar re: 1995 DDCPEA | AR003172 |
| 13 | 190 | 04/25/1995 | Letter from Janet S. Smith (citizen) to Superintendent re: 1995 DDCPEA | AR003177 |
| 13 | 191 | 05/02/1995 | Letter from John A. Latschar to Frederick Hawthorne (Association of Licensed Battlefield Guide) re: Responding to April 24, 1995 Letter | AR003178 |
| 13 | 192 | 05/03/95 | Letter from Richard H Schmayer (Adams County Office of Planning and Development) to John A. Latschar re: 1995 DDCPEA | AR003179 |
| 13 | 193 | 05/08/95 | Letter from Dr. John S. Patterson (GNMP Advisory Committee) to Dr. John A. Latschar re: 1995 DDCPEA | AR003183 |
| 13 | 194 | 05/10/95 | Letter from Marie Rust (NER) to Frederick D. Hunt (The Military Order of the Loyal Legion of the United States) re: Response to April 20, 1995 letter | AR003192 |
| 13 | 195 | 05/15/95 | Letter from Tom Laser (citizen) to Dr. John A. Latschar re: 1995 DDCPEA | AR003194 |
| 13 | 196 | 05/18/95 | Letter from Barbara Platt (citizen) to Dr. John A. Latschar re: 1995 DDCPEA | AR003197 |
| 13 | 197 | 05/24/95 | Letter from Gerald Bennett (GNMP Advisory Commission) to Dr. John A. Latschar re: 1995 DDCPEA | AR003201 |
| 13 | 198 | 05/24/95 | Comments from Mark E. Dennis (citizen) re: 1995 DDCPEA | AR003203 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 13 | 199 | 05/24/95 | Draft Development Concept Plan Environmental Assessment, Gettysburg Museum of the Civil War, Response to Public Comments | AR003206 |
| 13 | 200 | 05/25/95 | Letter from Thomas D. Shealer (Cumberland Township Board of Supervisors) to Dr. John A. Latschar re: 1995 DDCPEA | AR003211 |
| 13 | 201 | 05/25/95 | Letter from Gerald Bennett (GNMP Advisory Committee) to Dr. John A. Latschar re: 1995 DDCPEA | AR003212 |
| 13 | 202 | 05/28/95 | Letter from Pam Davis (citizen) to Dr. John A. Latschar re: 1995 DDCPEA | AR003213 |
| 13 | 203 | 05/29/95 | Letter from Sara M. Laser (citizen) to Roger Kennedy (N.S.) re: 1995 DDCPEA | AR003215 |
| 13 | 204 | 06/01/95 | Letter from Eileen Woodford (National Parks and Conservation Association) to Dr. John A. Latschar re: 1995 DDCPEA | AR003221 |
| 13 | 205 | 07/25/95 | Letter from Richard Moe (National Trust for Historic Preservation) to Dr. John A. Latschar re: 1995 DDCPEA | AR003225 |
| 13 | 206 | 07/28/95 | Letter from Marie Rust (NER) to Sara Laser (citizen) re: Reply to May 29, 1995 Letter | AR003227 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 13 | 207 | 08/20/95 | Letter from Brian C. Pohanka (citizen) to Dr. John A. Latschar re: 1995 DDCPEA | AR003229 |
| 13 | 208 | 08/21/95 | Letter from Glenn LaFantasie (citizen) to John A. Latschar re: 1995 DDCPEA | AR003233 |
| 13 | 209 | 08/22/95 | Letter from Edward T. Linenthal (Professor, University of Wisconsin) to John A. Latschar re: 1995 DDCPEA | AR003238 |
| 14 | 210 | 4/96 | Draft Development Concept Plan Environmental Assessment, Collections Storage, Visitor & Museum Facilities, Gettysburg National Military Park, Pennsylvania ("1996 DDCPEA") | AR003240 |
| 14 | 211 | 4/22/96 | Letter to John A. Latschar from Keith G. Dorman (citizen) re: 1996 DDCPEA | AR003357 |
| 14 | 212 | 4/22/96 | Letter to John A. Latschar from John F. Farquhar (citizen) re: 1996 DDCPEA | AR003359 |
| 14 | 213 | 4/22/96 | Letter to John A. Latschar Dennis E. Frye (Association for the Preservation of Civil War Sites, Inc.) re: 1996 DDCPEA | AR003360 |
| 14 | 214 | 4/23/96 | Letter to President Bill Clinton from Kenneth A. Barrick (citizen) re: Privatization of National Parks | AR003365 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 215 | 4/23/96 | Letter to Gerald Bennett (GNMP Advisory Commission) from Saul Uberman (C.M. Uberman Enterprises) re: 1996 DDCPEA | AR003371 |
| 14 | 216 | 4/25/96 | Letter to Robert Baum (Assistant Solicitor, Conservation and Wildlife Division, Department of the Interior) from Peter Bienstock (CCInc.) re: 1996 DDCPEA | AR003380 |
| 14 | 217 | 4/25/96 | Letter to John A. Latschar from Steven M. Dodge (citizen) re: 1996 DDCPEA | AR003395 |
| 14 | 218 | 4/26/96 | Letter to John A. Latschar from Edward T. Linenthal, (Professor, University of Wisconsin) re: 1996 DDCPEA | AR003396 |
| 14 | 219 | 4/30/96 | Letter to John A. Latschar from Peter Reiner (citizen) re: 1996 DDCPEA | AR003397 |
| 14 | 220 | 5/1/96 | Letter to John A. Latschar from Emily R. O'Neil (citizen) re: DDCPEA | AR003398 |
| 14 | 221 | 5/2/96 | Letter to John A. Latschar from Kenneth A. Barrick (citizen) re: Privatization of National Parks | AR003400 |
| 14 | 222 | 5/8/96 | Letter to John A. Latschar from Dan Rosensteel (citizen) re: 1996 DDCPEA | AR003406 |
| 14 | 223 | 5/9/96 | Letter to John A. Latschar from Frederick W. Hawthorne (citizen) re: 1996 DDCPEA | AR003407 |
| 14 | 224 | 5/10/96 | Letter to John A. Latschar from Albert A. Atkinson (citizen) re: 1996 DDCPEA | AR003409 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 225 | 5/11/96 | Letter to John A. Latschar from John M. Fuss (citizen) re: 1996 DDCPEA | AR003411 |
| 14 | 226 | 5/14/96 | Letter to John A. Latschar from Randy Harper (The McGorrisk Group, Inc.) re: 1996 DDCPEA | AR003412 |
| 14 | 227 | 5/16/96 | Letter to John A. Latschar from John S. Patterson (Professor, Penn State) re: 1996 DDCPEA | AR003413 |
| 14 | 228 | 5/17/96 | Letter to John A. Latschar from Peter A. Bienstock (citizen) re: 1996 DDCPEA | AR003418 |
| 14 | 229 | 5/17/96 | Letter to John A. Latschar from Kenneth A. Barrick (citizen) re: 1996 DDCPEA | AR003426 |
| 14 | 230 | 5/17/96 | Letter to John A. Latschar from Katherine Leigler (citizen) re: 1996 DDCPEA | AR003432 |
| 14 | 231 | 5/19/96 | Letter to John A. Latschar from Michael Kangawich (citizen) re: 1996 DDCPEA | AR003433 |
| 14 | 232 | 5/20/96 | Letter to John A. Latschar from Ronald C. Petralito (citizen) re: 1996 DDCPEA | AR003434 |
| 14 | 233 | 5/20/96 | Letter to John A. Latschar from H.W. Henzel (citizen) re: 1996 DDCPEA | AR003435 |
| 14 | 234 | 5/20/96 | Letter to John A. Latschar from Robert G. Carroon (The Military Order of the Loyal League of the United States) re: 1996 DDCPEA | AR003437 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 235 | 5/20/96 | Letter to John A. Latschar from Saul E. Uberman (C.M. Uberman Enterprises) re: 1996 DDCPEA | AR003438 |
| 14 | 236 | 5/21/96 | Letter to John A. Latschar from Randy Harper (The McGorrisk Group, Inc.) re: 1996 DDCPEA | AR003446 |
| 14 | 237 | 5/21/96 | Letter to John A. Latschar from C. Gary Witt (citizen) re: 1996 DDCPEA | AR003449 |
| 14 | 238 | 5/21/96 | Letter to Keith E. Bashore (Community and Economic Affairs Coordinator, Office of Sen. Richard Santorum) from Bruce Groft (Shoney's, Inc.) re: 1996 DDCPEA | AR003451 |
| 14 | 239 | 5/21/96 | Letter to John A. Latschar from Frederic S. & Tessa G. Bardo (citizens) re: 1996 DDCPEA | AR003452 |
| 14 | 240 | 5/21/96 | Letter to John A. Latschar from Joyce Jackson (Gettysburg Area Retail Merchants Association, Inc.) re: 1996 DDCPEA | AR003453 |
| 14 | 241 | 5/21/96 | Letter to John A. Latschar from Paul S. Witt (Howard Johnson Lodge) re: 1996 DDCPEA | AR003454 |
| 14 | 242 | 5/21/96 | Letter to John A. Latschar from Susan Pearce and Marlene Warner (Gettysburg College) re: 1996 DDCPEA | AR003457 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 243 | 5/21/96 | Letter to John A. Latschar from James M. Clouse (Association of Licensed Battlefield Guides) re: 1996 DDCPEA | AR003459 |
| 14 | 244 | 5/22/96 | Letter to John A. Latschar from Douglas R. Cubbison (citizen) re: 1996 DDCPEA | AR003460 |
| 14 | 245 | 5/21/96 | Letter to John A. Latschar from Margaret D. Blough (citizen) re: 1996 DDCPEA | AR003464 |
| 14 | 246 | 5/22/96 | Letter to John A. Latschar from Colten Motel (citizen) re: 1996 DDCPEA | AR003466 |
| 14 | 247 | 5/22/96 | Letter to John A. Latschar from Earl J. Coates (Friends of the National Parks at Gettysburg, Inc.) re: 1996 DDCPEA | AR003467 |
| 14 | 248 | 5/22/96 | Letter to John A. Latschar from Reuven E. Uberman (CCM Uberman Enterprises) re: 1996 DDCPEA | AR003469 |
| 14 | 249 | 5/22/96 | Letter to John A. Latschar from Thomas E. Metz (Gettysburg Tours, Inc.) re: 1996 DDCPEA | AR003477 |
| 14 | 250 | 5/22/96 | Letter to John A. Latschar from Henry J. Whitfield (Heritage Museum of Fine Firearms) re: 1996 DDCPEA | AR003482 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 251 | 5/22/96 | Comments on DDCPEA, Anna Pansini, Editor & Publisher, Mail Call | AR003483 |
| 14 | 252 | 5/22/96 | Letter to John A. Latschar from Debra A. Novotny (citizen) re: 1996 DDCPEA | AR003497 |
| 14 | 253 | 5/22/96 | Letter to John A. Latschar from J. Emmett Patterson (JDCS Enterprises) re: 1996 DDCPEA | AR003498 |
| 14 | 254 | 5/23/96 | Letter to John A. Latschar from Kathleen P. Cherry (Wallace Roberts & Todd) re: 1996 DDCPEA | AR003506 |
| 14 | 255 | 5/23/96 | Letter to John A. Latschar from Jeffrey A. Anderson (citizen) re: 1996 DDCPEA | AR003509 |
| 14 | 256 | 5/23/96 | Letter to John A. Latschar from Dean A. Schultz (citizen) re: Comments on 1996 DDCPEA | AR003512 |
| 14 | 257 | 5/23/96 | Letter to John A. Latschar from Tony Strickland (T&S Menswear Inc.) re: 1996 DDCPEA | AR003515 |
| 14 | 258 | 5/23/96 | Letter to John A. Latschar from Jim Garrahy (Jim Garrahy's Fudge Kitchen, Inc.) re: 1996 DDCPEA | AR003516 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 259 | 5/23/96 | Letter to John A. Latschar from Jacqueline D. White (Dobbin House Tavern) re: 1996 DDCPEA | AR003517 |
| 14 | 260 | 5/23/96 | Letter to John A. Latschar from Archie Strickland (Strickland Enterprises) re: 1996 DDCPEA | AR003518 |
| 14 | 261 | 5/23/96 | Letter to John A. Latschar from Frederick R. Edmunds (citizen) re: 1996 DDCPEA | AR003519 |
| 14 | 262 | 5/23/96 | Letter to John A. Latschar from Col. (Ret.) Kavin Coughenour (citizen) re: 1996 DDCPEA | AR003521 |
| 14 | 263 | 5/23/96 | Letter to John A. Latschar from Rose Heimer (Das Gift House) re: 1996 DDCPEA | AR003523 |
| 14 | 264 | 5/23/96 | Letter to John A. Latschar from Walter L. Powell (Gettysburg Battlefield Preservation Association) re: 1996 DDCPEA | AR003530 |
| 14 | 265 | 5/24/96 | Letter to John A. Latschar from Kenneth J. Rohrbaugh (citizen) re: 1996 DDCPEA | AR003532 |
| 14 | 266 | 5/24/96 | Letter to John A. Latschar from Thomas J. Stenhouse (citizen) re: 1996 DDCPEA | AR003533 |

INDEX FOR THE SUPPLEMENTAL ADMINISTRATIVE RECORD
OF THE NATIONAL PARK SERVICE (NPS)
FOR RECENT PAST PRESERVATION NETWORK et al.
v.
LATSCHAR et al.
1:06-CV-02077-TFH

| Volume No. | Doc. No. | Date | Document Description | Start Bates Number |
|---|---|---|---|---|
| 14 | 267 | 5/24/96 | Letter to John A. Latschar from John C. Eline re: 1996 DDCPEA | AR003534 |
| 14 | 268 | 5/24/96 | Letter to John A. Latschar from Dr. Charles C. Fennell (citizen) re: 1996 DDCPEA | AR003535 |
| 14 | 269 | 5/24/96 | Letter to John A. Latschar from Robert L. Wright re: 1996 DDCPEA | AR003538 |
| 14 | 270 | 5/24/96 | Letter to John A. Latschar from Tammy Myers (citizen) re: 1996 DDCPEA | AR003539 |
| 14 | 271 | 5/24/96 | Letter to John A. Latschar from Eileen Woodford (National Parks and Conservation Office) re: 1996 DDCPEA | AR003540 |
| 14 | 272 | 5/29/96 | Summary of Comments on Draft Development Concept Plan for Collections Storage, Visitor and Museum Facilities | AR003544 |
| 14 | 273 | undated | Handwritten note from Bill Martin re: Gettysburg | AR003546 |