UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903, <br><br>      Plaintiffs, <br><br>      v. <br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C.  20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C.  20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C.  20240, <br><br>      Defendants. | Case Number:  1:06-CV-02077-TFH <br> Judge:  Thomas F. Hogan <br> Deck Type:  Administrative Agency <br>               Review |

**NOTICE OF ERRATA**

---

[1]     Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants"), hereby submit the instant NOTICE OF ERRATA, attaching the Certification for the Administrative Record, signed by John A. Latschar, Superintendent of Gettysburg National Military Park.

Date:   November 29, 2007              Respectfully submitted,

                                       RONALD J. TENPAS
                                       Acting Assistant Attorney General
                                       United States Department of Justice
                                       Environment and Natural Resources Division

                                       /s/ *Samantha Klein*
                                       SAMANTHA KLEIN
                                       United States Department of Justice
                                       Environment and Natural Resources  Division
                                       Natural Resources Section
                                       P.O. Box 663
                                       Washington, D.C.  20044-0663
                                       Phone: (202) 305-0474
                                       Fax:    (202) 305-0506
                                       E-mail: samantha.klein@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney

Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone: (802) 872-0629
Fax: (802) 872-9704

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1/] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>        Defendants. | Case Number: 1:06-CV-02077-TFH<br>Judge: Thomas F. Hogan<br>Deck Type: Administrative Agency Review |

---

[1/]    Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

## CERTIFICATION FOR THE ADMINISTRATIVE RECORD

I, John A. Latschar, Superintendent of Gettysburg National Military Park, certify that Volumes 13 and 14 were added to the administrative record in the above referenced case on November 8, 2007.

These documents along with the other documents previously filed in this matter on July 16, 2007 comprise the complete administrative record in the above referenced case.

I swear under penalty of perjury that the foregoing is true and correct.

Date: _NOVEMBER 28, 2007_

_____
John A. Latschar