**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2522 Willard Drive, Charlottesville, VA 22903, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>JOHN LATSCHAR in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325; DENNIS REIDENBACH in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; DIRK KEMPTHORNE in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, <br><br>　　　　Defendants. | Case Number.: 1:06-CV-02077-TFH <br> Judge: Thomas F. Hogan <br> Deck Type: Administrative Agency Review <br> Date Filed: 12/05/2006 <br><br> MOTION TO AUGMENT RECORD, OR IN THE ALTERNATIVE, FOR JUDICIAL NOTICE |

Plaintiffs Recent Past Preservation Network, Christine Madrid French, and Dion Neutra ("Plaintiffs") hereby move to augment the administrative record or, in the alternative, request judicial notice. As described more fully in the Memorandum of Points and Authorities filed in support of their Motion for Summary Judgment, Plaintiffs challenge the National Park Service's failure to comply with the National Environmental Policy Act (NEPA) and the National Historic Preservation Act (NHPA) before deciding to demolish the historic Gettysburg Cyclorama Center, an historic building designed by world-renowned architect Richard Neutra and eligible for listing in the National Register of Historic Places.

**1.     Augmentation of the Record**

In general, judicial review of agency action under the Administrative Procedure Act ("APA") is confined to the administrative record. However, this circuit recognizes eight circumstances in which it may be necessary for a reviewing court to supplement the record or to examine extra-record evidence, including "cases arising under the National Environmental Policy Act" and cases "where agencies are sued for failure to take action. *See Esch v. Yeutter*, 876 F.2d 976, 991 (D.C. Cir. 1989). This case is both. For that reason alone, augmentation of the record is proper. *See Izaak Walton League of America v. Marsh*, 655 F.2d 346, 369 n. 56 (D.C. Cir. 1981) (NEPA claims "warrant" introduction of new evidence). *See also Friends of the Clearwater v. Dombeck*, 222 F.3d 552, 560 (9th Cir. 2000) (NEPA claim alleging failure to act not confined to the administrative record).

Moreover, this is a case where supplementation is not just permissible, but necessary for effective judicial review. Plaintiffs allege that the National Park Service failed to prepare discrete, mandatory analyses of environmental impacts before they decided to demolish the Cyclorama Center. However, in preparing the administrative record in this case, Defendants have willfully ignored the substance of Plaintiffs' Complaint. Instead, they pretend that this is a

challenge to the adequacy of the Park Service's General Management Plan (GMP) for Gettysburg National Military Park. For that reason, they have prepared an administrative record which is only relevant to the GMP, and which omits documents relevant to the very issues in dispute—namely, did the Park Service have an obligation to comply with NEPA when implementing the GMP and, if so, did it discharge that obligation? The administrative record prepared by Defendants fails to include any documents which post-date the Plan's adoption. For that reason, it precludes effective judicial review of the agency's failure to take required actions *during the implementation of the Plan*.

Thus, Plaintiffs respectfully request that this Court augment the record with the following documents:

### A.     Declarations of Jerry Matyiko, Robert Shoaff, and David McIlnay

Plaintiffs contend that the Park Service did not consider alternative means of implementing the GMP before deciding to demolish the Cyclorama Center. Effective judicial review requires that such a claim be accompanied by some explanation of whether such alternatives exist, and, if so, whether they are truly feasible. The record prepared by Defendants cannot provide that information because it is limited to the period which pre-dates the approval of the GMP. These three declarations, each of which was submitted in support of Plaintiffs' Motion for Summary Judgment, provide information about the existence and feasibility of potential alternatives to demolition, and therefore belong in the administrative record.

### B.     Declaration of Christine Madrid French

On September 18, 2006, Plaintiff Christine Madrid French sent John Latschar, Superintendent of Gettysburg National Military Park, a letter requesting information about the Park Service's plans for the Cyclorama Center and its compliance with NEPA and the NHPA. The letter also included approximately 25 documents relevant to the question of whether the Park

Service complied with NEPA before deciding to demolish the Cyclorama Center. The letter, which was attached to Ms. French's Declaration in Support of Plaintiffs' Motion for Summary Judgment, provides information necessary for effective judicial review of Defendants' failure to take actions required under NEPA and the NHPA.

### C.  Declaration of Matthew G. Adams

On behalf of Plaintiffs, Mr. Adams has made several requests for information about the Park Service's plans, if any for the Cyclorama Center, as well as the agency's post-GMP compliance with NEPA and NHPA. Those requests for information, along with the results of the requests, are attached to his declaration filed in support of Plaintiffs' Motion for Summary Judgment.

## 2.  Judicial Notice

The Federal Rules of Evidence permit this Court to take notice of facts "not subject to reasonable dispute" in that they are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. If this Court does not augment the record with the documents listed above, Plaintiffs respectfully request that it take judicial notice of the contents of those documents, all of which are official documents, public documents, or documents otherwise capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Respectfully submitted,

/s/
_____
Nicholas C. Yost (USDC-DC Bar No. 968289)[1]
Matthew G. Adams (CA Bar No. 229021)
SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Plaintiffs
525 Market Street
26th Floor
San Francisco, CA  94105-2708
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300

---

[1] Mr. Yost is admitted to practice before this court (USDC-DC Bar No. 968289).  Mr. Yost is admitted to the District of Columbia Bar, but his membership is inactive.  Mr. Yost is an active member of the California Bar and practices under that membership (Bar. No. 35297).

- 5 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2522 Willard Drive, Charlottesville, VA 22903, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| JOHN LATSCHAR in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325; DENNIS REIDENBACH in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; DIRK KEMPTHORNE in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number.:  1:06-CV-02077-TFH<br>Judge:  Thomas F. Hogan<br>Deck Type:  Administrative Agency Review<br>Date Filed:  12/05/2006<br><br>NOTICE REGARDING EXHIBITS |
| Defendants. | ) ) ) ) | |

Pursuant to the request of the Clerk of this Court, Plaintiffs Recent Past Preservation Network, Christine Madrid French, and Dion Neutra ("Plaintiffs") hereby provide notice to this Court and to all Parties that Exhibits already filed in support of Plaintiffs' Motion for Summary Judgment also serve as Exhibits to Plaintiffs' Motion to Augment the Record, Or in the Alternative, Request for Judicial Notice.  Specifically, exhibits to Plaintiffs' Motion to Augment the Record, Or in the Alternative, Request for Judicial Notice include the following exhibits to Plaintiffs' Motion for Summary Judgment:

1. Declaration of Robert Shoaff;
2. Declaration of David McIlnay;
3. Declaration of Jerry Matyiko;
4. Declaration of Christine Madrid French; and
5. Declaration of Matthew G. Adams.

Respectfully submitted,

/s/
_____
Nicholas C. Yost (USDC-DC Bar No. 968289)[1]
Matthew G. Adams (CA Bar No. 229021)
SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Plaintiffs
525 Market Street
26th Floor
San Francisco, CA  94105-2708
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300

---

[1] Mr. Yost is admitted to practice before this court (USDC-DC Bar No. 968289).  Mr. Yost is admitted to the District of Columbia Bar, but his membership is inactive.  Mr. Yost is an active member of the California Bar and practices under that membership (Bar. No. 35297).

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2522 Willard Drive, Charlottesville, VA 22903,<br><br>      Plaintiffs,<br><br>      v.<br><br>JOHN LATSCHAR in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325; DENNIS REIDENBACH in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; DIRK KEMPTHORNE in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>      Defendants. | Case Number.: 1:06-CV-02077-TFH<br>Judge: Thomas F. Hogan<br>Deck Type: Administrative Agency Review<br>Date Filed: 12/05/2006<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AUGMENT RECORD, OR IN THE ALTERNATIVE, FOR JUDICIAL NOTICE |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AUGMENT THE ADMINISTRATIVE RECORD

Based upon the pleadings, any opposition thereto, arguments of counsel, and all other matters presented to the Court, and good cause appearing therefor,

THE COURT HEREBY FINDS THAT, for reasons set forth in Plaintiffs' motion, the administrative record shall be augmented, and shall include the following documents:

1. Declaration of Jerry Matyiko;

2. Declaration of Robert Shoaff;

3. Declaration of David McIlnay;

4. Declaration of Christine Madrid French including attachments thereto;

5. Declaration of Matthew G. Adams including attachments thereto;

IT IS SO ORDERED.

DATED: _____, 2008

_____

Hon. Thomas F. Hogan

- 2 -

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AUGMENT THE ADMINISTRATIVE RECORD**

Based upon the pleadings, any opposition thereto, arguments of counsel, and all other matters presented to the Court, and good cause appearing therefor,

THE COURT HEREBY FINDS THAT, for reasons set forth in Plaintiffs' motion, the Court will take judicial notice of the following documents and their contents:

1. Declaration of Jerry Matyiko;
2. Declaration of Robert Shoaff;
3. Declaration of David McIlnay;
4. Declaration of Christine Madrid French including attachments thereto;
5. Declaration of Matthew G. Adams including attachments thereto;

   IT IS SO ORDERED.

DATED: _____, 2008

_____
Hon. Thomas F. Hogan