UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903,<br><br>            Plaintiffs,<br>   v.<br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>            Defendants. | Case Number: 1:06-CV-02077-TFH<br>Judge: Thomas F. Hogan<br>Deck Type: Administrative Agency Review<br><br>**JOINT MOTION TO WAIVE THE REQUIREMENTS OF LCVR 7(n)** |

      Plaintiffs, RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, DION NEUTRA, and CHRISTINE MADRID FRENCH (collectively referred to

---

[1] Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar. Dennis Reidenbach is now the director of the Northeast Region.

herein as, "Plaintiffs"), and Federal Defendants, JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, MARIE BOMAR, in her official capacity a DIRECTOR OF THE NATIONAL PARK SERVICE, DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, the NATIONAL PARK SERVICE, and the UNITED STATES DEPARTMENT OF THE INTERIOR (collectively referred to herein as "Federal Defendants") (both Plaintiffs and Federal Defendants are jointly referred to herein as the "Parties"), respectfully request that this Court waive the requirements of Local Civil Rule (LCvR) 7(n) in this case.

LCvR 7(n) requires parties to provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or opposition to any dispositive motion within 10 days following the final memoranda on the subject motion.  In this case, pursuant to a Scheduling Order (Doc. 23), the Parties' cross-motions for summary judgment and Plaintiffs' motion to augment the record, or in the alternative, for judicial notice, were fully briefed as of May 9, 2008.

The Parties have conferred regarding LCvR 7(n), and they jointly and respectfully request that this Court waive the requirements of that rule in this case.  The Federal Defendants have filed the administrative record and provided this Court with a CD containing the administrative record and a CD containing the supplemental administrative record.  In their memoranda supporting and opposing dispositive motions filed in this case, the Parties have "cited or otherwise relied upon" a large proportion of the pages in the administrative record.  The

Parties respectfully submit that preparing the appendix required under LCvR 7(n) would simply duplicate most of the administrative record currently accessible on the CDs provided to the Clerk and the Court.[2]

Dated: June 16, 2008.                    Respectfully submitted,

/s/ NICHOLAS C. YOST (by Samantha Klein)
NICHOLAS C. YOST
MATTHEW G. ADAMS
SONNENSCHEIN NATH & ROSENTHAL, LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Phone:  (415) 882-5000
Fax:     (415) 882-0300
E-mail:  nyost@sonnenschein.com

Counsel for Plaintiffs


RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

Of Counsel:                              /s/ *Samantha Klein*
                                         SAMANTHA KLEIN
MARTHA F. ANSTY                          United States Department of Justice
Attorney                                 Environment and Natural Resources Division
Office of the Solicitor, N.E. Region     Natural Resources Section
U.S. Department of the Interior          P.O. Box 663
Winston Prouty Federal Building          Washington, D.C.  20044-0663
11 Lincoln Street                        Phone: (202) 305-0474
Essex Junction, VT 05452                 Fax:    (202) 305-0506
Telephone:  (802) 872-0629               E-mail: samantha.klein@usdoj.gov
Fax:  (802) 872-9704

Counsel for Federal Defendants

---

[2] Plaintiffs estimate that an appendix prepared for this case pursuant to LCvR 7(n) could include as many as 2,500 of the approximately 3,500 pages in the combined Administrative Record/Supplemental Administrative Record.  Of course, if this Court determines that such an appendix should be prepared for this case, the Parties will work collaboratively to do so.