UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2522 Willard Drive, Charlottesville, VA 22903,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHN LATSCHAR in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325; DENNIS REIDENBACH in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; DIRK KEMPTHORNE in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>   Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case Number.: 1:06-CV-02077-TFH<br>Judge:  Thomas F. Hogan<br>Deck Type:  Administrative Agency<br>     Review<br>Date Filed:  12/05/2006<br><br>PLAINTIFFS' MOTION<br>REQUESTING ORAL ARGUMENT |

___

Plaintiffs Recent Past Preservation Network, Christine Madrid French, and Dion Neutra ("Plaintiffs") respectfully request that this Court provide an oral hearing on Plaintiffs' Motion for Summary Judgment (Doc. 28).

On May 10, 2007, this Court issued a Scheduling Order (Doc. 18) specifying deadlines for filing the administrative record, the parties' motions for summary judgment, and the opposition and reply briefs associated with those motions for summary judgment. All items covered by the Scheduling Order have now been filed.

Plaintiffs respectfully request that this Court provide an oral hearing on their Motion for Summary Judgment. There is good cause for an oral hearing in that the issues raised in Plaintiffs' motion are complex, the Administrative Record for this case is lengthy, and there continue to be significant legal disagreements between the parties.

Respectfully submitted,

/s/
_____
Nicholas C. Yost (USDC-DC Bar No. 968289)[1]
Matthew G. Adams (CA Bar No. 229021)
SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Plaintiffs
525 Market Street
26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

---

[1] Mr. Yost is admitted to practice before this court (USDC-DC Bar No. 968289). Mr. Yost is admitted to the District of Columbia Bar, but his membership is inactive. Mr. Yost is an active member of the California Bar and practices under that membership (Bar. No. 35297).