UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RECENT PAST PRESERVATION NETWORK, a Virginia non-profit corporation, P.O. Box 100505, Arlington, VA 22210; DION NEUTRA, 2440 Neutra Place, Los Angeles, CA 90039; and CHRISTINE MADRID FRENCH, 2422 Willard Drive, Charlottesville, VA 22903,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHN LATSCHAR, in his official capacity as SUPERINTENDENT OF GETTYSBURG NATIONAL MILITARY PARK, 97 Taneytown Rd., Gettysburg, PA 17325 DENNIS REIDENBACH, in his official capacity as ACTING DIRECTOR, NORTHEAST REGION OF THE NATIONAL PARK SERVICE, 200 Chestnut Street, Philadelphia, PA 19106; MARY BOMAR,[1] in her official capacity as DIRECTOR OF THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, DC 20240; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240; THE NATIONAL PARK SERVICE, 1849 C Street, N.W., Washington, D.C. 20240; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington, D.C. 20240,<br><br>          Defendants. | Case Number: 1:06-CV-02077-TFH<br>Judge: Thomas F. Hogan<br>Deck Type: Administrative Agency Review<br><br>RESPONSE TO MOTION FOR JUDICIAL NOTICE |

---

[1] Federal Defendants note that the correct name of the Director of the National Park Service is Mary Bomar, not Marie Bomar.

Federal Defendants submit this Response to Plaintiffs' Motion for Judicial Notice (Doc. 39), in which Plaintiffs erroneously attempt to rely on the Ninth Circuit decision in Sierra Forest Legacy v. Rey, 526 F.3d 1228 (9th Cir. 2008),[2] to bolster their case. In Sierra Forest Legacy, the Ninth Circuit, in finding that the U.S. Forest Service had failed to evaluate all reasonable alternatives for a forest plan intended to prevent the occurrence of forest fires, specifically mentioned that several alternative methods to fund fire reduction had been raised by the Attorney General of California. See Sierra Forest Legacy, 526 F.3d at 1233; see also Brief of Amicus Curiae, Edmund G. Brown Jr., Attorney General, available at 2007 WL 4688973 at 7 (stating that the Attorney General, in comments on the draft supplemental EIS, suggested several alternatives methods to using timber harvesting to pay for forest management).

In contrast, here, Plaintiffs failed at any time during the reviews under the National Environmental Policy Act ("NEPA") or the National Historic Preservation Act to suggest that the National Park Service evaluate relocating the Cyclorama Building in addition to the other multiple possibilities considered for treatment of the building. Nor have Plaintiffs ever pointed to any evidence in the record showing that this alternative was suggested by any other member of the public during those reviews. Rather, Plaintiffs first raised this possibility only years after the fact. See Federal Defendants' Reply Memorandum in Support of Their Cross-Motion for Summary Judgment (Doc. 36) at 16-19. Therefore, Plaintiffs are barred from raising such arguments in this litigation, and their reliance on Sierra Forest Legacy, where the agency had

---

[2] Plaintiffs incorrectly refer to this case according to a caption that was amended by the Ninth Circuit on May 22, 2008, to reflect the correct status of the parties. See Exhibit 1 (order amending caption); see also Sierra Forest Legacy, 526 F.3d 1228 (bearing the amended caption). On July 30, 2008, the United States submitted a Petition for Rehearing En Banc in this case. See Exhibit 2.

1

expressly been presented during the NEPA review with alternatives not explored, is in error. See id. at 16-17, citing Dep't of Transp. v. Public Citizen, 124 S. Ct. 2204, 2214 (2004); Nat'l Wildlife Fed'n v. U.S.E.P.A., 286 F.3d 554, 562 (D.C. Cir. 2002). As demonstrated in the briefing in support of the motion for summary judgement, the Park Service examined a reasonable range of alternatives and was not arbitrary or capricious for not having examined every conceivable or feasible alternative with regard to the Cyclorama Building as part of its analysis of the General Management Plan for the Gettysburg National Military Park.

Dated: August 1, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Samantha Klein*
SAMANTHA KLEIN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Phone: (202) 305-0474
Fax:    (202) 305-0506
E-mail: samantha.klein@usdoj.gov

Of Counsel:

MARTHA F. ANSTY
Attorney
Office of the Solicitor, N.E. Region
U.S. Department of the Interior
Winston Prouty Federal Building
11 Lincoln Street
Essex Junction, VT 05452
Telephone: (802) 872-0629
Fax: (802) 872-9704

Counsel for Federal Defendants

2

# EXHIBIT 1

**FILED**

UNITED STATES COURT OF APPEALS

MAY 22 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| SIERRA FOREST LEGACY; et al., | No. 07-16892 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. CV-05-00205-MCE |
| v. | Eastern District of California, Sacramento |
| MARK REY, in his official capacity as Under Secretary of Agriculture; et al., | ORDER |
| Defendants - Appellees, | |
| TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT CALIFORNIA FOREST COUNTIES SCHOOLS COALITION; et al., | |
| Defendant-intervenors - Appellees. | |

Before: NOONAN, Circuit Judge.

Appellant's motion to amend the caption is GRANTED. Westlaw and Lexis have been notified to amend the caption to reflect the correct status of the parties. This court's docket has also been corrected to reflect the proper caption.

# EXHIBIT 2

| [Court Home](#) | [Case Search](#) | [Orders/Judgments](#) | [Billing History](#) | | [XML](#) | [TXT](#) | [Logout](#) | [Help](#) |

If you view the [ Full Docket ] you will be charged for 5 Pages $0.40

### General Docket
### United States Court of Appeals for the Ninth Circuit

| **Court of Appeals Docket #:** 07-16892 | **Docketed:** 10/23/2007 |
|---|---|
| **Nature of Suit:** 2893 Environmental Matters | **Termed:** 05/14/2008 |
| Sierra Forest Legacy, et al v. Rey, et al | |
| **Appeal From:** US District Court for Eastern California, Sacramento | |

**Case Type Information:**
1) civil
2) united states
3) null

**Originating Court Information:**
**District:** 0972-2 : CV-05-00205-MCE
**Trial Judge:** Morrison C. England, U.S. District Judge
**Date Filed:** 10/31/2005

| **Date Order/Judgment:** 10/16/2007 | **Date NOA Filed:** 10/16/2007 |
|---|---|

| | | |
|---|---|---|
| 05/15/2008 | 44 | Filed order FOR PUBLICATION (STEPHEN R. REINHARDT, JOHN T. NOONAN and RAYMOND C. FISHER) Amending Opinion filed 5/14/08...Replace the final paragraph with "For the reasons stated, we REVERSE the district court's denial of a preliminary injunction and REMAND with instructions to grant immediately a preliminary injunction on the three proposed projects to the extent that they are inconsistent with the 2001 FEIS." |
| 05/15/2008 | 45 | Filed Federal Defendants-Appellees response to Plaintiffs-Appellants notice of changed circumstances and notification of additional changed circumstances (FEDEX PANEL). Served on 05/13/2008. |
| 05/19/2008 | 46 | Filed appellant's Sierra Forest Legacy, et al's motion to amend caption; served on 5/19/08. (faxed PANEL) |
| 05/22/2008 | 47 | Filed order (STEPHEN R. REINHARDT, JOHN T. NOONAN and RAYMOND C. FISHER) Appellant's motion to amend the caption is GRANTED. Westlaw and Lexis have been notified to amend the caption to reflect the correct status of the parties. This court's docket has also been corrected to reflect the proper caption. |
| 05/22/2008 | 48 | Filed Appellant Sierra Forest Legacy bill of costs in the amount of $ 885.88. Served on 05/22/2008 |
| 06/23/2008 | 49 | Filed Appellees motion to extend time to file petition for rehearing until 07/30/2008; served on 06/20/2008. (faxed PANEL) |
| 06/26/2008 | 51 | Filed Appellants CFBD, NRDC, Sierra Club, Sierra Forest Legacy and The |

| | | |
|---|---|---|
| | | Wilderness Society's opposition Appellee Motion to extend time to file petition for rehearing. Served on 06/26/2008. (faxed PANEL) |
| 06/27/2008 | 50 | Filed original and 50 copies of Intervenors Calfiornia Forest Counties Schools Coalition, Regional Council of Rural Counties and Tuolumne County Alliance for Resources & Environment petition for panel rehearing and for rehearing en banc. Number of Pages: 20. Served on 06/26/2008. Date circulated to the court: 06/30/2008 (PANEL-ACTIVE JUDGES-ANY INTERESTED SENIOR JUDGES) |
| 06/27/2008 | 52 | Filed order (STEPHEN R. REINHARDT, JOHN T. NOONAN and RAYMOND C. FISHER) Federal Appellees' motion for an extension of time until July 30, 2008 to file a petition for rehearing and petition for rehearing en banc is GRANTED. |
| 07/30/2008 | 53 | Filed original and 50 copies of Appellees' petition for rehearing en banc. Number of Pages 19. Served on 07/30/2008. Date circulated to the court: 08/01/2008 (ACTIVE JUDGES-ANY INTERESTED SENIOR JUDGES) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2008 10:29:33 | | | |
| PACER Login: | de2288 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 07-16892 |
| Billable Pages: | 1 | Cost: | 0.08 |